FILED

UNITED STATES DISTRICT COURT      2003 OCT 17  P 12: 39
DISTRICT OF CONNECTICUT

STEVEN MILNER, and HEIDI CANNON,   : NO. 3:02CV01929(SRU)
    Plaintiffs.

vs.

LESTER DUNCKLEE, ET AL.,           : OCTOBER 16, 2003
    Defendants.

### OBJECTION TO PETITION FOR PERMISSION TO FILE INTERLOCUTORY APPEAL

Defendants **MICHAEL PECKHAM AND BRYAN SCHNEIDER** hereby object to plaintiffs' petition that they be permitted to file an interlocutory appeal of various aspects of the Court's bench ruling on September 15, 2003, as set forth in Plaintiffs' Petition dated September 26, 2003.

Notwithstanding plaintiffs' invocation of 28 U.S.C. § 1292(b) ("§1292(b)"), none of the questions they present either requires or warrants the interlocutory appeal they seek. Plaintiffs' petition merely sets forth their disagreement with certain of the Court's rulings, and barely incorporates by reference their contrary interpretations of unspecified statutes and case law. Despite their conclusory assertions, plaintiffs have entirely failed to demonstrate any substantial ground for their differences with the Court's opinion, as required by § 1292(b).

Moreover, plaintiffs have advanced no argument as to how the allowance to them of an interlocutory appeal at this stage of the proceedings "may materially advance the ultimate termination of the litigation", as the Court is required to certify pursuant to § 1292(b). All of their stated issues, together with any others then existing, may be quite properly presented on appeal following entry of a final judgment in the District Court, as in the normal course of events.

WHEREFORE, these defendants object to plaintiff's petition and urge that it be denied.

DEFENDANTS, BRYAN SCHNEIDER
AND MICHAEL PECKHAM

BY _____
Scott M. Karsten
Federal Bar No.: ct05277
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
(860) 233-8251

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 16th day of October, 2003, to the following counsel of record or pro se parties:

Mr. Steven Milner, *pro se*
Ms. Heidi Cannon, *pro se*
40 Trolley Crossing
P.O. Box 25
Stonington, CT  06378

Rhonda Tobin, Esquire
Robinson & Cole, LLP
One Commercial Plaza
Hartford, CT 06103-3597

Scott M. Karsten