UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 OCT 22 P 12: 36

STEVEN MILNER and HEIDI CANNON          : 3:02CV1929(SRU)
    plaintiffs

VS

LESTER DUNCKLEE, BRYAN SCHNEIDER,
and MICHEAL PECKHAM
    defendants                            : OCTOBER 20, 2003


### MOTION TO WITHDRAW PETITION FOR PERMISSION TO APPEAL

The plaintiffs hereby withdraw their Petition for Permission to Appeal and Notice of Interlocutory Appeal dated September 26, 2003, as all defendants have subsequently filed their Notice of Appeal and the Plaintiffs have filed a Notice of Appeal dated October 20, 2003 pursuant to FRAP 3(a)(1) and FRAP 4(a)(3).


THE PLAINTIFFS

_[signature]_
STEVEN MILNER

_[signature]_
HEIDI CANNON
PO BOX 25
STONINGTON, CT 06378
860-599-2930

CERTIFICATION

We hereby certify that a copy of the foregoing was mailed postage paid to the following on October 21, 2003.

Atty. Scott Karsten
836 Farmington Ave.
W. Hartford, CT 06119

STEVEN MILNER

Atty. Linda Morkan
Atty. Rhonda Tobin
Atty. David Samuels
Robinson and Cole, LLP
280 Trumbull St.
Hartford, CT 06103

HEIDI CANNON