FILED

2003 OCT 15 P 3: 41

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVEN MILNER and HEIDI CANNON, | |
| Plaintiffs, | CIVIL ACTION NO.<br>3:02 CV 01929 (SRU) |
| v. | |
| LESTER DUNCKLEE, ET AL., | |
| Defendants. | OCTOBER 15, 2003 |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the defendant STATE MARSHAL LESTER DUNCKLEE hereby appeals to the United States Court of Appeals for the Second Circuit from the oral ruling of the District Court (Underhill, J.), made on September 15, 2003, denying his motion to dismiss the plaintiffs' complaint which claimed, *inter alia*, that he is entitled to a complete defense of qualified immunity.

DEFENDANT, STATE MARSHAL
LESTER DUNCKLEE

By: _____
Linda L. Morkan
Federal Bar No. ct 01601
Rhonda J. Tobin
Federal Bar No. ct 07755
280 Trumbull Street
Hartford, CT 06103-3597
(860) 275-8200

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, first class and postage prepaid, on this the 15th day of October 2003 to:

Steven Milner
Heidi Cannon
40 Trolley Crossing
P.O. Box 25
Stonington, CT 06378

Scott M. Karsten
Sack, Spector & Karsten, LLP
836 Farmington Ave
West Hartford, CT 06119-1544

_____
Linda L. Morkan