UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

STEVEN MILNER and HEIDI CANNON         : 3:02CV1929(SRU)      2003 OCT 22 P 12: 36
    plaintiffs

VS

LESTER DUNCKLEE, BRYAN SCHNEIDER,
and MICHEAL PECKHAM
    defendants                         : OCTOBER 20, 2003

**NOTICE OF APPEAL**

The plaintiffs, STEVEN MILNER and HEIDI CANNON, pursuant to Federal Rules of Appellate Procedure (FRAP) 3(a)(1) and FRAP 4(a)(3), hereby appeal to the United States Court of Appeals for the Second Circuit from the decision of the Hon. Judge Stefan R. Underhill, dated September 15, 2003, granting these defendants partial qualified immunity which they are not entitled by law and dismissing the plaintiff's claims of constitutional 14th and 4th amendment protections collateral to the claims of false arrest, false imprisonment, and intentional infliction of emotional distress.

THE PLAINTIFFS

*[signature]*

STEVEN MILNER

*[signature]*

HEIDI CANNON
PO BOX 25
STONINGTON, CT 06378
860-599-2930

CERTIFICATION

We hereby certify that a copy of the foregoing was mailed postage paid to the following on October 21, 2003.

Atty. Scott Karsten
836 Farmington Ave.
W. Hartford, CT 06119

*[signature]*
STEVEN MILNER

Atty. Linda Morkan
Atty. Rhonda Tobin
Atty. David Samuels
Robinson and Cole, LLP
280 Trumbull St.
Hartford, CT 06103

*[signature]*
HEIDI CANNON