FILED

UNITED STATES DISTRICT COURT  2003 OCT 14 P 2: 50
DISTRICT OF CONNECTICUT

STEVEN MILNER, and HEIDI CANNON,    :   NO. 3:02CV01929(SRU)
    Plaintiffs.

vs.

LESTER DUNCKLEE, ET AL.,            :   OCTOBER 10, 2003
    Defendants.

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3(a)(1), defendants **MICHAEL PECKHAM AND BRYAN SCHNEIDER** hereby provide notice that they appeal to the United States Court of Appeals for the Second Circuit the decision from the bench by the United States District Court, Underhill, J., dated September 15, 2003, denying these defendants' motion to dismiss premised on, *inter alia*, qualified immunity.  Mitchell v. Forsyth, 472 U.S. 511, 526-30 (1985); Washington Square Post #1212 vs. Maduro, 907 F.2d 1288, 1292 n.1 (2d Cir. 1990).

                                        DEFENDANTS, BRYAN SCHNEIDER
                                        AND MICHAEL PECKHAM

                                BY  *Scott Karsten* (signature)
                                      Scott M. Karsten
                                      Federal Bar No.: ct05277
                                      Sack, Spector & Karsten
                                      836 Farmington Avenue
                                      West Hartford, CT 06119
                                      (860)233-8251

SACK, SPECTOR AND KARSTEN, LLP • ATTORNEYS AT LAW
836 FARMINGTON AVE • WEST HARTFORD, CT 06119-1544 • (860) 233-8251 • JURIS NO. 52776

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 10th day of October, 2003, to the following counsel of record or pro se parties:

Mr. Steven Milner, *pro se*
Ms. Heidi Cannon, *pro se*
40 Trolley Crossing
P.O. Box 25
Stonington, CT  06378

Rhonda Tobin, Esquire
Robinson & Cole, LLP
One Commercial Plaza
Hartford, CT 06103-3597

_____
Scott M. Karsten