

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 SEP 30  P 12: 19

STEVEN MILNER and HEIDI CANNON
    plaintiffs

VS

LESTER DUNCKLEE, BRYAN SCHNEIDER,
MICHEAL PECKHAM
    defendants

: 3:02CV1929(SRU)

: SEPTEMBER 26, 2003

## PETITION FOR PERMISSION TO FILE
## INTERLOCUTORY APPEAL

Pursuant to FRAP 5 the plaintiffs request permission to file an Interlocutory Appeal of a portion of the decision by this court rendered by Judge Stefan R. Underhill during oral argument on September 15, 2003.

FACTS

1. The court dismissed the plaintiff's claims of intentional infliction of emotional distress.

2. The court dismissed the plaintiff's 14th Amendment claims pertaining to the arrest and incarceration of plaintiff Milner.

4. The court dismissed the defendant's qualified immunity defense without prejudice to allow the same defense to be raised in the future on summary judgment.

5. The court granted qualified immunity to the defendants as to the plaintiff's claims of false arrest and false imprisonment.

6. The court dismissed the plaintiff's claims of false arrest and false imprisonment.

1