68

UNITED STATES DISTRICT COURT  FILED
DISTRICT OF CONNECTICUT

2003 OCT 22  P 12: 36

STEVEN MILNER and HEIDI CANNON         : 3:02CV1929(SRU)
     plaintiffs

VS

LESTER DUNCKLEE, BRYAN SCHNEIDER,
and MICHEAL PECKHAM
     defendants                         : OCTOBER 20, 2003


## MOTION TO WITHDRAW PETITION FOR
## PERMISSION TO APPEAL

The plaintiffs hereby withdraw their Petition for Permission to Appeal and Notice of Interlocutory Appeal dated September 26, 2003, as all defendants have subsequently filed their Notice of Appeal and the Plaintiffs have filed a Notice of Appeal dated October 20, 2003 pursuant to FRAP 3(a)(1) and FRAP 4(a)(3).

THE PLAINTIFFS

STEVEN MILNER

HEIDI CANNON
PO BOX 25
STONINGTON, CT 06378
860-599-2930

MOTION GRANTED.
SO ORDERED. /s/ Stefan R. Underhill, U.S.D.J.
10/28/03