FILED

UNITED STATES DISTRICT COURT

2003 DEC 15 P 12: 58

DISTRICT OF CONNECTICUT

Bridge Port CT

Milner

VS.

CV. NO. 3:02 cv 1929 (SRU)

USCA NO.

Duncklee

**INDEX TO THE RECORD ON APPEAL**

I HEREBY ACKNOWLEDGE RECEIPT
OF THE CERTIFIED COPY OF DOCKET
ENTRIES, INDEX AND ___1___
VOLUMES OF ORIGINAL RECORD.

DATE: 11.24.03 AS

Roseann B. MacKechnie
CLERK, U.S.C.A. 2nd Cir.

03/9224