D. Conn. *Bridgeport ct*
02-cv-1929
Underhill, J.

# MANDATE

*FILED*

## United States Court of Appeals-b P 12: 10
### FOR THE
### SECOND CIRCUIT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the    3rd  day of  June    two thousand and four,

Present:

Hon. Robert D. Sack,
Hon. Sonia Sotomayor,
Hon. Richard C. Wesley,
*Circuit Judges.*

United States Court of Appeals
FILED
JUN 3 2004
[seal] Second Circuit

Steven Milner,
Heidi Cannon

Plaintiffs-Appellees-
Cross-Appellants,

v.

03-9224(L)
03-9225(Con)
03-9226(XAP)

Lester Duncklee, I/O,
Bryan Schneider, I/O,
Micheal Peckham, I/O,

Defendants-Appellants-
Cross-Appellees.

Plaintiffs-Appellees move to dismiss the appeals of the Defendants-Appellants, and Defendants-Appellants Schneider and Peckham move to dismiss the cross-appeal of the Plaintiffs-Appellees. This Court hereby GRANTS the Plaintiffs-Appellees' motion to dismiss. *See* Whalen v. County of Fulton, 19 F.3d 828, 830-31 (2d Cir. 1994) (where district court has ordered that defendants may, after further discovery, argue in support of qualified immunity defense, the court has not conclusively determined the qualified immunity issue and the order is not appealable under the collateral order doctrine). Additionally, this Court has determined that it lacks jurisdiction over the Plaintiffs-Appellees' cross-appeal because the district court's partial grant of the motion to dismiss is not a final order pursuant to 28 U.S.C. § 1291. Therefore, it is ORDERED that the Defendant-

Issued as mandate    JUN 29 2004

Appellants Schneider and Peckham's motion to dismiss is hereby GRANTED. If, at an appropriate time, the Defendants-Appellants move for summary judgment in the district court on grounds of qualified immunity, and the motion insofar as it is based on those grounds is denied, that denial may then be reviewable by this Court. *See* Whalen, 19 F.3d at 830-81.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *Lucille Carr*

A TRUE COPY
Roseann B. MacKechnie, CLERK

by *Sleghci*
DEPUTY CLERK

SAO/ad