# ROBINSON & COLE LLP

RHONDA J. TOBIN

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
rtobin@rc.com
Direct (860) 275-8327

November 16, 2004

Via Hand Delivery

The Honorable Stephen R. Underhill
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

Re:    Milner v. Duncklee CV-02-1929 (SRU)

Dear Judge Underhill:

This letter is in response to plaintiff Steven Milner's correspondence dated November 12, 2004, which was sent to Ms. Barbara Sbaldi.

Mr. Milner correctly states that during the July 26, 2004 conference call it was agreed that I would consolidate and prepare the 26(f) report for all parties. Mr. Milner is incorrect, however, when he states that I have been uncooperative.

As the affidavit attached to this correspondence attests, we received plaintiffs' 26(f) report shortly after the conference. We did not, however, receive Mr. Karsten's report on behalf of his client. My associate, David Samuels, at my direction, sent both written correspondence and left telephonic messages to Mr. Karsten inquiring about the status of the report. We did not receive Mr. Karsten's report or information to consolidate. I informed Mr. Milner of this fact during a telephone conversation earlier in November.

In addition to the affidavit, please find the 26(f) report, which incorporates both the plaintiffs' version and defendant Lester Duncklee's version. Mr. Karsten's version is not incorporated as we do not have it. The applicable deadlines have been appropriately revised. These dates have not been reviewed with either the plaintiffs or Mr. Karsten prior submitting it under cover of this letter.

Respectfully,

Rhonda J. Tobin

RJT/mz
Enclosures
cc:    Mr. Steven Milner, pro se
       Ms. Heidi Cannon, pro se
       Scott M. Karsten, Esq.
       David S. Samuels, Esq.

*Law Offices*
BOSTON
HARTFORD
NEW LONDON
STAMFORD
GREENWICH
NEW YORK
*www.rc.com*