UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVEN MILNER and HEIDI CANNON         3:02CV1929 (SRU)
       plaintiffs

VS

LESTER DUNCKLEE, ET AL
       defendants                      NOVEMBER 22, 2004

## MOTION TO COMPEL ANSWER TO
## PLAINTIFF'S AMENDED COMPLAINT

The plaintiffs in the above entitled action hereby request that pursuant to FRCVP 12(a), the defendants answer the plaintiff's amended complaint dated December 18, 2002.

The defendant's motions to dismiss the complaint were denied by this court on September 15, 2003. Subsequent appeals taken by the defendants to the United States Circuit Court for the Second Circuit were denied on June 3, 2004. No other appeals have been taken.

Wherefore; the plaintiffs request an order from this court that the defendants answer the plaintiff's amended complaint forthwith.

ORAL ARGUMENT IS NOT REQUESTED

TESTIMONY IS NOT REQUIRED

FOR THE PLAINTIFFS

*[signature]*

STEVEN MILNER
P.O. BOX 25
STONINGTON, CT 06378
860-599-2930

CERTIFICATION

 I hereby certify that a copy of the foregoing was mailed postage paid to the following on November 23, 2004.

*[signature]*
STEVEN MILNER

Atty. Rhonda Tobin
280 Trumbull St.
Hartford, CT 06103

Atty. Scott Karsten
836 Farmington Ave.
W. Hartford, CT 06119