UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVEN MILNER and HEIDI CANNON, | : |
| Plaintiffs, | : |
| V. | : CIVIL NO. 3:02CV01929(SRU) |
| LESTER DUNCKLEE, ET AL. | : |
| Defendants. | : DECEMBER 17, 2004 |

**DEFENDANT LESTER DUNCKLEE'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO INTERROGATORIES AND REQUEST FOR PRODUCTION**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and the Local Rules of Civil Procedure, Defendant, Lester Duncklee ("Duncklee"), hereby moves the Court for an extension of time of thirty (30) days up to and including January 21, 2005 within which to respond or object to plaintiffs' interrogatories and requests for production dated November 22, 2004.

This is Defendant Duncklee's first motion for an extension of time with respect to the discovery requests. Defendant's counsel has attempted to contact pro se Plaintiff Milner regarding this Motion, but has not received a response. Counsel for the co-defendants has no objection to this Motion.

DEFENDANT,
LESTER DUNCKLEE

Rhonda J. Tobin, Esq. (ct 07755)
rtobin@r.com
David S. Samuels, Esq. (ct 24460)
dsamuels@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Tel. No. (860) 275-8200
Fax No. (860) 275-8299

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 17th day of December, 2004, to the following:

Mr. Steven Milner, pro se
Ms Heidi Cannon, pro se
40 Trolley Crossing
PO Box 25
Stonington, CT 06378

Scott M. Karsten, Esq.
Sack, Spector and Karsten, LLP
836 Farmington Avenue
West Hartford, CT 06119-1544

_____
David S. Samuels