UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVEN MILNER and HEIDI CANNON, : | |
| : | |
| Plaintiffs, : | |
| V. : | CIVIL NO. 3:02CV01929(SRU) |
| : | |
| LESTER DUNCKLEE, ET AL. : | |
| : | |
| Defendants. : | DECEMBER 17, 2004 |

**DEFENDANT LESTER DUNCKLEE'S OBJECTION TO
PLAINTIFFS' MOTION TO COMPEL**

Defendant, State Marshal Lester Duncklee ("Duncklee") respectfully objects to Plaintiffs' Motion to Compel dated November 22, 2004. Plaintiffs, through their Motion, request an Order from the Court that Duncklee respond to the Amended Complaint filed by Plaintiffs on December 18, 2002.

As discussed in greater detail below, Duncklee desires to answer the appropriate Amended Complaint, however, he requires guidance from the Court to clarify the correct pleading to which to respond. The procedural history is as follows:

1. On December 18, 2002 Plaintiffs filed an Amended Complaint;

2. On September 15, 2003, the Court dismissed Plaintiffs' claims of intentional infliction of emotion distress, false arrest and false imprisonment.

3. On September 18, 2003, Plaintiffs filed a Request for Leave to file an Amended Complaint to add a count for negligent infliction of emotional distress.

4. The Court granted the Request on September 24, 2003. To date, Plaintiffs have not filed an Amended Complaint.

Duncklee cannot respond to Plaintiffs' December 18, 2002 Complaint, as requested in Plaintiffs' Motion To Compel, because of the manner in which it was drafted. Count Four of the Amended Complaint alleges violations of Connecticut Tort Law for False Imprisonment, False Arrest, Trespass, and False Representation. (December 18, 2002 Amended Complaint). In the same Count there is a paragraph titled "Supporting Facts", which lists the supporting facts that allegedly support the claims of False Imprisonment, False Arrest, Trespass and False Representation. The supporting facts do not state which claims they support. Now that the Court has dismissed the claims of False Imprisonment and False Arrest in Count Four, Duncklee does not know which supporting facts remain applicable.

Attorney Samuels contacted Plaintiff Milner, in writing, to request that Plaintiffs either file the Amended Complaint as granted by the Court on September 24, 2003, or file an Amended Complaint with the dismissed claims removed. Plaintiff Milner indicated that he would not file an Amended Complaint and that Duncklee should answer the December 18, 2002 Amended Complaint and simply not answer the claims that were dismissed. (See correspondence attached as Exhibit A).

As previously discussed, Duncklee cannot merely answer the December 18, 2002 Amended Complaint because of the format utilized by Plaintiffs. Therefore, while Duncklee desires to respond to the appropriate Amended Complaint, he requires guidance from the Court. Specifically, Duncklee requests that the Court issue an Order requiring Plaintiffs to amend the December 18, 2002 Amended Complaint by removing the claims which were dismissed so that Duncklee can appropriately respond.

2

Accordingly, Defendant State Marshal Lester Duncklee respectfully requests that this Court deny Plaintiffs' Motion to Compel and order Plaintiffs to Amend the December 18, 2002 Amended Complaint in accordance with the Court's September 15, 2003 Order.

DEFENDANT,
LESTER DUNCKLEE

Rhonda J. Tobin, Esq. (ct 07755)
rtobin@rc.com
David S. Samuels, Esq. (ct 24460)
Dsamuels@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Tel. No. (860) 275-8200
Fax No. (860) 275-8299

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 17th day of December, 2004, to the following:

Mr. Steven Milner, pro se
Ms Heidi Cannon, pro se
40 Trolley Crossing
PO Box 25
Stonington, CT 06378

Scott M. Karsten, Esq.
Sack, Spector and Karsten, LLP
836 Farmington Avenue
West Hartford, CT 06119-1544

_____
David S. Samuels

Exhibit A

# ROBINSON & COLE LLP

DAVID S. SAMUELS

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
dsamuels@rc.com
Direct (860) 275-8334

December 3, 2004

Mr. Steven Milner
40 Trolley Crossing
P.O. Box 25
Stonington, CT 06378

Re:   Milner v. Duncklee CV-02-1929 (SRU)

Dear Mr. Milner:

    We are in receipt of your Motion to Compel Answer to Plaintiffs' Amended Complaint, which is dated November 22, 2004.

    Your Motion requests that the defendants answer Plaintiffs' Amended Complaint dated December 18, 2002. As you are aware, on September 15, 2003, the Court dismissed the intentional infliction of emotion distress Count, and the Counts involving false arrest and false imprisonment. Accordingly, we cannot answer the December 18, 2002 Amended Complaint as some of the allegations and Counts are now inapplicable.

    Moreover, on September 18, 2003 you filed a Motion for Leave to Amend the December 18, 2002 Amended Complaint. The Court granted the Motion on September 24, 2003. To date, we have not received the Amended Complaint.

    Accordingly, please file and forward the Amended Complaint so that we can appropriately respond. Additionally, please withdraw the Motion to Compel so that we do not need to engage in needless motion practice.

    Please contact me if you have any questions.

Sincerely,

David S. Samuels

DSS/mz
cc:   Rhonda J. Tobin, Esq.
      Scott M. Karsten, Esq.

*Law Offices*

BOSTON
HARTFORD
NEW LONDON
STAMFORD
GREENWICH
NEW YORK
SARASOTA

*www.rc.com*

HART1-1221953-1

December 6, 2004


Robinson and Cole, LLP
Mr. David Samuels
280 Trumbull St.
Hartford, CT 06103

re: Milner V. Duncklee 3:02CV01929(SRU)

Dear Mr. Samuels,

    I am in receipt of your letter dated December 3, 2004.

    Regarding the amended complaint filed December 18, 2002, which still stands, as the order of September 24, 2003 states that the plaintiffs "shall promptly file" the second amended complaint. Since no second amended complaint was filed, the defendants must answer the amended complaint of December 18, 2002.

    Regarding the Counts that were dismissed by the court on September 15, 2003, there was no court order to refile the complaint excluding the dismissed counts, nor can I find any rule that would require the complaint needs to be refiled. The defendants must answer the amended complaint and not answer the counts that were dismissed.

    Therefore, we will not be withdrawing our motion to compel an answer to our complaint at this time.


Yours truly,


Steven Milner
PO Box 25
Stonington, CT 06378
860-599-2930



cc: Rhonda Tobin
    Scott Karsten

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 SEP 23 P 12: 16

STEVEN MILNER and HEIDI CANNON : 3:02CV1929(SRU)
   plaintiffs

VS :

LESTER DUNCKLEE, BRYAN SCHNEIDER,
MICHEAL PECKHAM : SEPTEMBER 18, 2003
   defendants

FILED 2003 SEP 24 A 11:46

**MOTION FOR LEAVE TO AMEND
PLAINTIFF'S FIRST AMENDED COMPLAINT**

The plaintiffs request permission to amend their Amended Complaint to include the claim of negligent infliction of emotional distress. The plaintiffs plead intentional infliction of emotional distress in their original Amended Complaint. The plaintiffs appear pro se and misunderstood their authority to include negligent infliction of emotional distress as they have set forth facts in their complaint that are sounding in negligent infliction of emotional distress.

Wherefore; the plaintiffs request permission to amend their first Amended Complaint and separate their claims of negligent infliction of emotional distress from their claims of intentional infliction of emotional distress.

*Granted. Plaintiffs shall promptly file and serve their Second Amended Complaint & ordered. [signature]*