```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT

STEVEN MILNER, and HEIDI CANNON,    :  NO. 3:02CV01929(SRU)
     Plaintiffs.

vs.

LESTER DUNCKLEE, ET AL.,            :  JANUARY 4, 200502
     Defendants.
```

### MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and the Local Rules of Civil Procedure, Defendants BRYAN SCHNEIDER and MICHAEL PECKHAM, in the above-referenced matter hereby respectfully request an extension of time of thirty (30) days up to and including February 5, 2005, within which to respond or object to plaintiffs' interrogatories and requests for production.

This is these defendants' first motion for an extension of time with respect to the discovery requests. Defendants' counsel has attempted to contact pro se plaintiff Milner regarding this Motion, but has not received a response.

DEFENDANTS, BRYAN SCHNEIDER
AND MICHAEL PECKHAM

BY _____
Scott M. Karsten
Federal Bar No.: ct05277
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
(860)233-8251
skarsten@sackspec.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 4th day of January, 2005, to the following counsel of record or pro se parties:

Mr. Steven Milner, *pro se*
Ms. Heidi Cannon, *pro se*
40 Trolley Crossing
P.O. Box 25
Stonington, CT  06378

Rhonda Tobin, Esquire
Robinson & Cole, LLP
One Commercial Plaza
Hartford, CT 06103-3597

_____
Scott M. Karsten