UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVEN MILNER, and HEIDI CANNON,   :   NO. 3:02CV01929(JCH)
    Plaintiffs,

vs.

LESTER DUNCKLEE, ET AL.,           :   JANUARY 21, 2005
    Defendants.

### DEFENDANTS SCHNEIDER AND PECKHAM'S
### ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT

Defendants Bryan Schneider and Michael Peckham hereby respond to plaintiffs' Amended Complaint dated December 18, 2002, as follows:

**A.** **PARTIES**

    PLAINTIFFS:

    As to the allegations in this Section, these defendants have insufficient knowledge or information upon which to form an opinion or belief, and therefore leave plaintiffs to their proof.

    DEFENDANTS:

    This section is admitted.

**B.** **JURISDICTION**

As to the allegations in this Section, these defendants have insufficient knowledge or information upon which to form an opinion or belief, and therefore leave plaintiffs to their proof.

**C.** **NATURE OF THE CASE**

The allegations in this Section, including all sub-sections and sub-paragraphs, are denied to the extent not previously dismissed by the Court.

**D.** **CAUSE OF ACTION**

**CLAIM I.**

1. Defendants Schneider and Peckham deny all material allegations of fact as to the circumstances of their entry into the residence in question, the alleged search of the residence and the detention of plaintiff Milner.

2. As to the remaining factual allegations of "Claim 1", these defendants are without sufficient knowledge or information upon which to form an opinion or belief, and therefore leave plaintiffs to their proof.

**CLAIM II.**

Claim II is denied, to the extent not previously dismissed by the court.

**CLAIM III.**

Defendants Schneider and Peckham do not respond to "Claim III", as it has been dismissed by the Court.

**CLAIM IV.**

Defendants Schneider and Peckham do not respond to "Claim IV", as it has been dismissed by the Court.

**CLAIM V.**

Defendants Schneider and Peckham do not respond to "Claim V", as it has been dismissed by the Court.

**<u>FIRST AFFIRMATIVE DEFENSE:</u>**

The plaintiffs' complaint, or specific counts thereof, fail[s] to state a claim upon which relief can be granted.

**<u>SECOND AFFIRMATIVE DEFENSE</u>**

The actions and conduct of these defendants, to the extent they occurred as alleged, were objectively reasonable under the circumstances of which these defendants were aware, and they enjoy qualified immunity from all liability therefor.

**THIRD AFFIRMATIVE DEFENSE**

The actions and conduct of these defendants did not violate any clearly established constitutional or federal statutory right of which these defendants reasonably should have been aware, and they are therefore entitled to qualified immunity.

```
                              DEFENDANTS, BRYAN SCHNEIDER
                              AND MICHAEL PECKHAM


                          BY_____
                              Scott M. Karsten
                              Federal Bar No.: ct05277
                              Sack, Spector & Karsten
                              836 Farmington Avenue
                              West Hartford, CT 06119
                              (860)233-8251
                              skarsten@sackspec.com
```

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 21st day of January, 2005, to the following counsel of record or pro se parties:

Mr. Steven Milner, *pro se*
Ms. Heidi Cannon, *pro se*
40 Trolley Crossing
P.O. Box 25
Stonington, CT  06378

David Samuels, Esquire
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

_____
Scott M. Karsten