UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVEN MILNER and HEIDI CANNON,      :
                                     :
        Plaintiffs,                  :
V.                                   :     CIVIL NO. 3:02CV01929(SRU)
                                     :
LESTER DUNCKLEE, ET AL.              :
                                     :
        Defendants.                  :     JANUARY 25, 2005

## ANSWER AND AFFIRMATIVE DEFENSES OF
## DEFENDANT, LESTER DUNCKLEE

The Defendant, Lester Duncklee ("Duncklee"), hereby files his Answer and

Affirmative Defenses to the Plaintiff's Revised Complaint dated December 18, 2002.

**A.    PARTIES**

**Plaintiffs:**

As to the allegations in this section, the Defendant has insufficient knowledge
or information upon which to form a belief, and, therefore, leaves plaintiffs to
their proof.

**Defendant:**

This section is admitted insofar as it is directed at Duncklee.

**B.    JURISDICTION**

As to the allegations in this section, the Defendant has insufficient knowledge
information upon which to form an opinion or belief, and, therefore, leaves
plaintiffs to their proof.

**C.    NATURE OF CASE**

The allegations in this section are denied to the extent not previously dismissed
by the Court.

**D.** **CAUSE OF ACTION**

**Claim I.**

- The herein named defendants, Duncklee, Schneider and Pechham have violated the herein named Plaintiffs Milner's and Cannon's right of protection under the Fourth Amendment of The U.S. Constitution; illegal entry of their home without a warrant, unreasonable search without a warrant, unreasonable seizure without a warrant.

**ANSWER:**

**Denied.**

**Supporting Facts:**

- Steven Milner and Heidi Cannon are engaged to marry and cohabitate at 40 Trolley Crossing, Stonington, CT. Milner and Cannon are the legal owners of this residence.

**ANSWER:**

**Duncklee has insufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations set forth in this paragraph and, therefore, neither admits nor denies the allegations, but leaves plaintiffs to their proof.**

- Ms. Cannon came home at 9:00 p.m. on September 30, 2002, from a Boy Scout meeting with her two sons.

**ANSWER:**

**Admitted insofar as Ms. Cannon was at 40 Trolley Crossing, Stonington, CT on September 30, 2002 at 9:00 p.m.**

- At approximately 9:20 p.m. a knock was heard at the front door of the residence.

**ANSWER:**

**Duncklee has insufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations set forth in this paragraph and, therefore, neither admits nor denies the allegations, but leaves plaintiffs to their proof.**

- Ms. Cannon unlocked the door and proceeded to open the door.

**ANSWER:**

**Duncklee has insufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations set forth in this paragraph and, therefore, neither admits nor denies the allegations, but leaves plaintiffs to their proof.**

- With the door partially open, a man's foot was thrust in the opening and placed on the floor blocking the closing of the door.

**ANSWER:**

**Duncklee has insufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations set forth in this paragraph and, therefore, neither admits nor denies the allegations, but leaves plaintiffs to their proof.**

- Ms. Cannon attempted to close the door, at which time the man began to force the door open.

**ANSWER:**

**Denied.**

- Ms. Cannon held the door against his foot and repeatedly told the man that he could not come in.

**ANSWER:**

**Admitted.**

- Ms. Cannon was unaware who this man was.

**ANSWER:**

**Duncklee has insufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations set forth in this paragraph and, therefore, neither admits nor denies the allegations, but leaves plaintiffs to their proof.**

- The man began screaming at Ms. Cannon that he had an arrest warrant for Steven Milner.

**ANSWER:**

**Defendant Duncklee admits the allegation insofar as he notified the woman that he had an arrest warrant for Steven Milner.**

- Ms. Cannon repeatedly told the man that he could not come in the house and that Steven Milner was not at home.

**ANSWER:**

   **Admitted.**

- The man produced a badge, showed it to Ms. Cannon, Ms. Cannon took the badge in her hand, looked at it and returned it to the man.

**ANSWER:**

   **Admitted insofar as Duncklee produced a badge and showed it to Ms. Cannon. Duncklee has insufficient knowledge or information upon which to form a belief as to the truth or falsity of the remaining allegations set forth in this paragraph and, therefore, neither admits nor denies the allegations, but leaves plaintiffs to their proof.**

- Ms. Cannon realized the man was a State Marshal.

**ANSWER:**

   **Duncklee has insufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations set forth in this paragraph and, therefore, neither admits nor denies the allegations, but leaves plaintiffs to their proof.**

- Ms. Cannon repeatedly said that he could not come in the house.

**ANSWER:**

   **Admitted.**

- Marshal Duncklee repeatedly yelled he had an arrest warrant for Steven Milner.

**ANSWER:**

   **Admitted insofar as Defendant Duncklee repeatedly notified the woman that he had an arrest warrant for Steven Milner.**

- Marshal Duncklee began pushing a paper at Ms. Cannon hitting her arm through the partially opened door yelling he had an arrest warrant.

**ANSWER:**

4

**Denied.**

- Ms. Cannon took the paper from Marshal Duncklee to read it, before she could read it, Marshal Duncklee forced open the door, pushed Ms. Cannon out of the way, and entered the house with two Stonington Police Officers entering the house with him.

**ANSWER:**

   **Denied.**

- Ms. Cannon was frightened, panicked and in shock.

**ANSWER:**

   **Duncklee has insufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations set forth in this paragraph and, therefore, neither admits nor denies the allegations, but leaves plaintiffs to their proof.**

- Marshal Duncklee repeatedly was yelling at Ms. Cannon and to show her the garage.

**ANSWER:**

   **Admitted only insofar as Duncklee asked to see the garage.**

- In shock and frightened by the police officers and the marshal, Ms. Cannon reluctantly showed all three officers the garage.

**ANSWER:**

   **Admitted only insofar as Ms. Cannon showed Duncklee the garage.**

- Marshal Duncklee saw that there were two cars in the garage and was yelling again at Ms. Cannon that "the two cars are here, he's here, where is he".

**ANSWER:**

   **Admitted only insofar that Duncklee asked where Mr. Milner was after seeing the two vehicles.**

- Ms. Cannon again told Duncklee that Mr. Milner was not at home, and she did not know where he was.

**ANSWER:**

      **Admitted.**

- Marshal Duncklee began screaming for Steven Milner in the house, "Steven, Steven, Steven."

**ANSWER:**

      **Admitted.**

- As the marshal returned to the kitchen one of the officers asked Ms. Cannon if Mr. Milner had another vehicle, she said "yes, a truck".

**ANSWER:**

      **Duncklee has insufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegation set forth in this paragraph and, therefore, neither admits nor denies the allegation, but leaves plaintiffs to their proof.**

- The Marshal and the two police officers returned to the front foyer with Ms. Cannon at which time the police officers remained in the foyer by the door they had forced through and Marshal Duncklee proceeded to go upstairs yelling he was "going room to room until we find him".

**ANSWER:**

      **Duncklee has insufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegation set forth in this paragraph and, therefore, neither admits nor denies the allegation, but leaves plaintiffs to their proof.**

- Ms. Cannon looked at the police officers for help, however, they stood in the foyer at this time and said nothing.

**ANSWER:**

      **Duncklee has insufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegation set forth in this paragraph and, therefore, neither admits nor denies the allegation, but leaves plaintiffs to their proof.**

- Ms. Cannon then yelled up the stairs to the marshal not to go into the bathroom that her son was in there taking a shower.

**ANSWER:**

**Duncklee has insufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegation set forth in this paragraph and, therefore, neither admits nor denies the allegation, but leaves plaintiffs to their proof.**

- Mr. Milner then came into the foyer and asked, "what is going on?" Ms. Cannon said to Mr. Milner, "where were you?" Mr. Milner replied, "I was in the basement."

**ANSWER:**

**Duncklee has insufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegation set forth in this paragraph and, therefore, neither admits nor denies the allegation, but leaves plaintiffs to their proof.**

- The police officers then called to the marshal and said he's here.

**ANSWER:**

**Admitted.**

- Mr. Milner then met the marshal on the stairway.

**ANSWER:**

**Admitted.**

- The marshal yelled "I have a warrant for your arrest" then handed Mr. Milner the papers.

**ANSWER:**

**Admitted only insofar as Duncklee stated that he had a warrant for Mr. Milner's arrest and handed the papers to Mr. Milner.**

- Mr. Milner read the papers and said, "this is not a warrant, this is a capias."

**ANSWER:**

**Duncklee has insufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegation set forth in this paragraph and, therefore, neither admits nor denies the allegation, but leaves plaintiffs to their proof.**

- The marshal started yelling, "cuff him, cuff him, cuff him!" to the police officers.  Mr. Milner said calmly to the marshal, "calm down, I want to call my lawyer."  The marshal said, "we don't have time for that."

**ANSWER:**

   **Duncklee has insufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegation set forth in this paragraph and, therefore, neither admits nor denies the allegation, but leaves plaintiffs to their proof.**

- Ms. Cannon put herself between the marshal and Mr. Milner and said, "you don't have to cuff him, he's not going anywhere."

**ANSWER:**

   **Duncklee has insufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegation set forth in this paragraph and, therefore, neither admits nor denies the allegation, but leaves plaintiffs to their proof.**

- All of the above incident happened in front of and within earshot of Ms. Cannon's two minor children.

**ANSWER:**

   **Duncklee has insufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegation set forth in this paragraph and, therefore, neither admits nor denies the allegation, but leaves plaintiffs to their proof.**

- Both boys were repeatedly asking their mother "what's going on".

**ANSWER:**

   **Duncklee has insufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegation set forth in this paragraph and, therefore, neither admits nor denies the allegation, but leaves plaintiffs to their proof.**

- Mr. Milner turned and walked out of the foyer with the marshal, Ms. Cannon and the officers following him to his office.

**ANSWER:**

   **Duncklee has insufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegation set forth in this paragraph and, therefore, neither admits nor denies the allegation, but leaves plaintiffs to their proof.**

- Mr. Milner sat at his desk reread his papers attempted to call his lawyer, the line was busy. Mr. Milner said to the officers "this is a capias", the marshal and officers did not respond.

**ANSWER:**

    **Duncklee has insufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegation set forth in this paragraph and, therefore, neither admits nor denies the allegation, but leaves plaintiffs to their proof.**

- The marshal told Ms. Cannon he was taking Mr. Milner to the Corrigan Correctional Facility and she could bring the $10,000 cash bond to the Norwich Superior Court in the morning.

**ANSWER:**

    **Admitted.**

- Then Mr. Milner told Ms. Cannon what bank to get the funds from.

**ANSWER:**

    **Duncklee has insufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegation set forth in this paragraph and, therefore, neither admits nor denies the allegation, but leaves plaintiffs to their proof.**

- Mr. Milner attempted to call his lawyer again, the line was still busy.

**ANSWER:**

    **Duncklee has insufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegation set forth in this paragraph and, therefore, neither admits nor denies the allegation, but leaves plaintiffs to their proof.**

- Ms. Cannon went to the foyer closet and brought Mr. Milner his coat.

**ANSWER:**

    **Duncklee has insufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegation set forth in this paragraph and, therefore, neither admits nor denies the allegation, but leaves plaintiffs to their proof.**

- One of the officers took the coat and proceeded to search the pockets and found candy and change and placed it on the desk.

**ANSWER:**

   **Duncklee has insufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegation set forth in this paragraph and, therefore, neither admits nor denies the allegation, but leaves plaintiffs to their proof.**

- The marshal informed Mr. Milner to put on shoes without laces and not to bring his wallet to jail.

**ANSWER:**

   **Admitted.**

- The marshal and the officers escorted Mr. Milner to the foyer and out the front door.

**ANSWER:**

   **Admitted.**

- Whereby the marshal handcuffed Mr. Milner.

**ANSWER:**

   **Admitted.**

- Mr. Milner was placed in the marshal's vehicle and driven to Corrigan Correctional Facility in Montville, CT.

**ANSWER:**

   **Admitted.**

- During the transport the marshal joked to Mr. Milner that Ms. Cannon, "was a feisty one, she held me off with the door pretty good." Mr. Milner did not reply.

**ANSWER:**

   **Denied.**