UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

STEVEN MILNER and HEIDI CANNON : 3:02 CV2005 FEB 16 (SRU) 12: 49
plaintiffs

VS : U.S. DISTRICT COURT
BRIDGEPORT, CC...

LESTER DUNCKLEE, ET AL : FEBRUARY 14, 2005

**MOTION TO COMPEL**

Defendants Schneider and Peckham have filed objections to certain plaintiff's interrogatories and production requests. Defendants Schneider and Peckham were granted an extension of time to February 5, 2005 to answer the plaintiff's interrogatories and production. Since that time Schneider and Peckham have failed to answer.

Pursuant to F.R.Civ.P rule 33b(1), the defendants must answer the interrogatories and request for production not objected to.

Defendant's objections are evasive, lead to undue delay, and interfere with timing of discovery.

Plaintiff's interrogatories are clear, question the defendant's thought process as it relates to the defendant's qualified immunity defense. Plaintiff's production requests are needed to determine the educational background of the defendants as it pertains to the 4th amendment, capiases, and constitutional rights.

Wherefore; the plaintiffs request that the defendants, Schneider and Peckham, be compelled to answer all of the plaintiff's interrogatories and production requests forthwith.

THE PLAINTIFFS

*[signature]*

STEVEN MILNER

*[signature]*

HEIDI CANNON
PO BOX 25
STONINGTON, CT 06378
860-599-2930

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage paid on February 15, 2005 to the following;

Robinson and Cole, LLP
Rhonda Tobin
280 Trumbull St.
Hartford, CT 06103

*[signature]*
STEVEN MILNER

Scott Karsten
836 Farmington Ave.
Hartford, CT 06119