UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2005 FEB 16  P 1:19
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| STEVEN MILNER and HEIDI CANNON<br>plaintiffs | : | 3:02 CV01929 (SRU) |
| VS | : | |
| LESTER DUNCKLEE, ET AL | : | FEBRUARY 14, 2005 |

**NOTICE
RE: 26F REPORT**

The parties filed their joint Rule 26 f report on January 31, 2005. The parties agreed by telephone conference that counsel for defendant Duncklee would prepare and submit the report. Atty. David Samuels prepared the report and submitted the report on January 31, 2005. On February 1, 2005, the plaintiffs received a revised copy submitted to the court with incorrect information. Plaintiff Milner contacted Atty. Samuels concerning the incorrect information, and was assured the report would be corrected. Since that time no revision has been received by the plaintiffs.

Page 4 of the report incorrectly states:

> "Defendants do not agree to this schedule. Defendants propose the following schedule:
>
> 1. Both Plaintiffs and Defendants should not be permitted to join additional parties or amend pleadings after January 25, 2005."

At the time of filing the report, Atty. Samuels agreed with the plaintiff's schedule concerning joinder of parties and amendment of pleadings.

Therefore, the plaintiff's hereby give notice of the incorrect information as stated above concerning the joint 26 f report filed on January 31, 2005 with this court.

THE PLAINTIFFS

*[signature]*
STEVEN MILNER

*[signature]*
HEIDI CANNON
PO BOX 25
STONINGTON, CT 06378
860-599-2930

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage paid on February 15, 2005 to the following:

Robinson and Cole, LLP
Rhonda Tobin
280 Trumbull St.
Hartford, CT 06103

*[signature]*
STEVEN MILNER

Scott Karsten
836 Farmington Ave.
W. Hartford, CT 06119