```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

STEVEN MILNER, and HEIDI CANNON,   :   NO. 3:02CV01929(SRU)
     Plaintiffs.

vs.

LESTER DUNCKLEE, ET AL.,           :   MARCH 9, 2005
     Defendants.
```

### MOTION FOR EXTENSION OF TIME

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of Civil Procedure, Defendants BRYAN SCHNEIDER and MICHAEL PECKHAM, in the above-referenced matter hereby respectfully request an extension of time of thirty (30) days up to and including April 11, 2205 within which to respond to plaintiff's motion to compel dated February 14, 2005.

This is these defendants' first motion for an extension of time with respect to this motion to compel. Defendants' counsel has attempted to contact pro se plaintiff Milner regarding this Motion, but has not received a response.

```
                                    DEFENDANTS, BRYAN SCHNEIDER
                                    AND MICHAEL PECKHAM


                               BY_____
                                    Scott M. Karsten
                                    Federal Bar No.: ct05277
                                    Sack, Spector & Karsten
                                    836 Farmington Avenue
                                    West Hartford, CT 06119
                                    (860)233-8251
                                    skarsten@sackspec.com
```

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 9th day of March, 2005, to the following counsel of record or pro se parties:

Mr. Steven Milner, *pro se*
Ms. Heidi Cannon, *pro se*
40 Trolley Crossing
P.O. Box 25
Stonington, CT  06378

Rhonda Tobin, Esquire
Robinson & Cole, LLP
One Commercial Plaza
Hartford, CT 06103-3597

```
                                    _____
                                    Scott M. Karsten
```