FILED

2005 APR 12 A 11: 37

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVEN MILNER, and HEIDI CANNON,   :   NO. 3:02CV01929(SRU)
    Plaintiffs.

vs.

LESTER DUNCKLEE, ET AL.,           :   APRIL 11, 2005
    Defendants.

## MOTION FOR EXTENSION OF TIME

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of Civil Procedure, Defendants BRYAN SCHNEIDER and MICHAEL PECKHAM, in the above-referenced matter hereby respectfully request an extension of time up to and including April 30, 2005 within which to respond to plaintiff's motion to compel dated February 14, 2005.

In support of this motion, undersigned counsel represents that the law firm of Sack, Spector & Karsten has been dissolved as of April 1, 2005. Due to changes in location, structures and other such matters attendant to commencing the new firm, Karsten & Dorman, LLC, the defendants request this continuance be granted.

This is these defendants' second motion for an extension of time with respect to this motion to compel. Due to the

dissolution of undersigned's prior firm, and the absence of physical possession of this file at this time, no contact has been made with pro se plaintiff Milner regarding his position as to this requested extension.

>
> DEFENDANTS, BRYAN SCHNEIDER
> AND MICHAEL PECKHAM
>
> BY _____
> Scott M. Karsten
> Federal Bar No.: ct05277
> Karsten & Dorman, LLC
> 29 South Main Street
> 2nd Floor South
> P. O. Box 270722
> West Hartford, CT 06127-0722
> Phone (860)521-4800
> Fax (860)521-7500
> skarsten@karstendorman.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 11th day of April, 2005, to the following counsel of record or pro se parties:

Mr. Steven Milner, *pro se*
Ms. Heidi Cannon, *pro se*
40 Trolley Crossing
P.O. Box 25
Stonington, CT  06378

Rhonda Tobin, Esquire
Robinson & Cole, LLP
One Commercial Plaza
Hartford, CT 06103-3597

_____
Scott M. Karsten