FILED
2005 APR 12 A 11: 34
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVEN MILNER, and HEIDI CANNON,  : NO. 3:02CV01929(SRU)
    Plaintiffs.

vs.

LESTER DUNCKLEE, ET AL.,  : APRIL 11, 2005
    Defendants.

to an electronic format.

## NOTICE OF MANUAL FILING

Please take notice that defendants have manually filed the following document:

**MOTION FOR EXTENSION OF TIME**

This document has not been filed electronically because:

The document cannot be converted to an electronic format.

    DEFENDANTS, BRYAN SCHNEIDER
    AND MICHAEL PECKHAM

BY _____
    Scott M. Karsten
    Federal Bar No.: ct05277
    Karsten & Dorman, LLC
    29 South Main Street
    2nd Floor South
    P. O. Box 270722
    West Hartford, CT 06127-0722
    Phone (860)521-4800
    Fax (860)521-7500
    skarsten@karstendorman.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 11th day of April, 2005, to the following counsel of record or pro se parties:

Mr. Steven Milner, *pro se*
Ms. Heidi Cannon, *pro se*
40 Trolley Crossing
P.O. Box 25
Stonington, CT  06378

Rhonda Tobin, Esquire
Robinson & Cole, LLP
One Commercial Plaza
Hartford, CT 06103-3597

_____
Scott M. Karsten