FILED

2005 MAY 16 P 12: 16

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| STEVEN MILNER, and HEIDI CANNON,<br>    Plaintiffs. | : | NO. 3:02CV01929(SRU) |
| vs. | | |
| LESTER DUNCKLEE, ET AL.,<br>    Defendants. | : | MAY 12, 2005 |

## MOTION FOR EXTENSION OF TIME

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of Civil Procedure, Defendants BRYAN SCHNEIDER and MICHAEL PECKHAM in the above-referenced matter hereby respectfully request an extension of time up to and including June 10, 2005 within which to respond to plaintiff's motion to compel dated February 14, 2005.

In support of this motion, undersigned counsel represents that the law firm of Sack, Spector & Karsten has been dissolved as of April 1, 2005. Due to changes in location, structure and other such matters attendant to commencing the new firm, Karsten & Dorman, LLC, the defendants request this continuance be granted.

This is these defendants' third motion for an extension of time with respect to this motion to compel.

The undersigned's office telephoned Mr. Milner and left a message regarding his position as to this requested extension. In the absence of a return call, the undersigned was not able to ascertain Mr. Milner's position.

DEFENDANTS, BRYAN SCHNEIDER
AND MICHAEL PECKHAM

BY *[signature]*

Scott M. Karsten
Federal Bar No.: ct05277
Karsten & Dorman, LLC
29 South Main Street
2nd Floor South
P. O. Box 270722
West Hartford, CT 06127-0722
Phone (860)521-4800
Fax (860)521-7500
skarsten@karstendorman.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 16th day of May, 2005, to the following counsel of record or pro se parties:

Mr. Steven Milner, *pro se*
Ms. Heidi Cannon, *pro se*
40 Trolley Crossing
P.O. Box 25
Stonington, CT  06378

Rhonda Tobin, Esquire
Robinson & Cole, LLP
One Commercial Plaza
Hartford, CT 06103-3597

                                                                _____
                                                                 Scott M. Karsten