UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVEN MILNER and HEIDI CANNON         : 3:02CV01929(SRU)

V.                                     :

LESTER DUNCKLEE, ET AL                 : MAY 13, 2005

PLAINTIFF'S OBJECTION TO DEFENDANT
SCHNEIDER AND PECKHAM'S
MOTION FOR EXTENSION OF TIME

   The plaintiff's were notified by phone on May 12, 2005, that defendant's Schneider and Peckham intend to file a Motion for Extension of Time to answer the plaintiff's interrogatories dated December 6, 2004. The plaintiffs have attempted to confer with the defendants by phone and letter (see exhibit A attached) requesting compliance with the interrogatories. Since that time the defendant's have been granted two extensions of time to respond to interrogatories. The defendant's have not responded to the plaintiffs since the last extension of April 30, 2005.

   The plaintiffs hereby object to the defendant's Motion to Extension of Time as there is no viable reason to grant their Motion. The defendant's Motion causes undue delay and interferes with the judicial process. Pursuant to FRCVP Rule 37(d), the plaintiffs request that this court sanction the defendant's as it deems just.

THE PLAINTIFFS

*[signature]*

STEVEN MILNER
PO BOX 25
STONINGTON, CT 06378
860-599-2930

CERTIFICATION

    I hereby certify that a copy of the foregoing was mailed and faxed on May 13, 2005 to the following:

Scott Karsten
29 South Main St.
W. Hartford, CT 06107

*[signature]*
STEVEN MILNER

Rhonda Tobin
Robinson and Cole
280 Trumbull St.
Hartford, CT 06103

May 11, 2005

Atty. Scott Karsten
29 South Main St.
W. Hartford, CT 06107

re: Milner and Cannon v. Duncklee, et al

Dear Mr. Karsten,

Please let me know within five days whether or not you intend to have your clients answer our interrogatories. As you are aware, the time to answer has run past the April 30th extension.

Please be aware if your clients fail to answer, we will take appropriate steps under the rules with the court. Under Rule 33 they must answer those interrogatories which are not objected to.

Thank you.


Yours truly,

*[signature]*

Steven P. Milner
PO Box 25
Stonington, CT 06378
860-599-2930


EXHIBIT A