UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Motion Day Calendar

Stefan R. Underhill, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #1, 4th Floor

June 27, 2005

UPON RECEIPT OF THIS CALENDAR, COUNSEL ARE INSTRUCTED TO CONFER
WITH OPPOSING COUNSEL AND CONFIRM THAT ALL COUNSEL OF RECORD HAVE
NOTICE OF THE ARGUMENT IN THEIR CASE.

COUNSEL SHALL BE PREPARED TO ARGUE WITH PARTICULARITY THE MOTIONS
AT ISSUE. THE COURT WILL HAVE THOROUGHLY REVIEWED THE PAPERS, SO
THAT COUNSEL NEED NOT RESTATE BACKGROUND OR ARGUMENTS SET FORTH
IN THE BRIEFS. AFTER HIS QUESTIONS HAVE BEEN ANSWERED, JUDGE
UNDERHILL MAY RULE ON THE MOTIONS FROM THE BENCH.

ANY REQUESTS PERTAINING TO THE ORAL ARGUMENT SHALL BE MADE TO
BARBARA SBALBI, JUDICIAL ASSISTANT (203-579-5714).  ANY COUNSEL
REQUESTING CONTINUANCES, WHICH WILL BE CONSIDERED ONLY FOR GOOD
CAUSE CLEARLY SHOWN, SHALL CONSULT WITH COUNSEL FOR ALL OTHER
PARTIES BEFORE MAKING THE REQUEST.


**10:00 a.m.**
**Milner v Duncklee**                **3:02cv1929**

Motion to Compel - #93

**10:45 a.m.**
**Bonner v Paul Revere Life**           **3:04cv475**

Motion to Compel - #22


**2:00 p.m.**
**Patel v Searles**                **3:99cv1230**

Motion for Summary Judgment - #68

**2:45 p.m.**
**Master-Halco v Colonial Surety        3:04cv1156**

Motion to Compel - #12