```
           UNITED STATES DISTRICT COURT
             DISTRICT OF CONNECTICUT

                 Motion Day Calendar

           Stefan R. Underhill, U. S. D. J.
                915 Lafayette Boulevard
                      Bridgeport
               Courtroom #1, 4th Floor

                    June 27, 2005
```

UPON RECEIPT OF THIS CALENDAR, COUNSEL ARE INSTRUCTED TO CONFER WITH OPPOSING COUNSEL AND CONFIRM THAT ALL COUNSEL OF RECORD HAVE NOTICE OF THE ARGUMENT IN THEIR CASE.

COUNSEL SHALL BE PREPARED TO ARGUE WITH PARTICULARITY THE MOTIONS AT ISSUE. THE COURT WILL HAVE THOROUGHLY REVIEWED THE PAPERS, SO THAT COUNSEL NEED NOT RESTATE BACKGROUND OR ARGUMENTS SET FORTH IN THE BRIEFS. AFTER HIS QUESTIONS HAVE BEEN ANSWERED, JUDGE UNDERHILL MAY RULE ON THE MOTIONS FROM THE BENCH.

ANY REQUESTS PERTAINING TO THE ORAL ARGUMENT SHALL BE MADE TO BARBARA SBALBI, JUDICIAL ASSISTANT (203-579-5714). ANY COUNSEL REQUESTING CONTINUANCES, WHICH WILL BE CONSIDERED ONLY FOR GOOD CAUSE CLEARLY SHOWN, SHALL CONSULT WITH COUNSEL FOR ALL OTHER PARTIES BEFORE MAKING THE REQUEST.

**10:00 a.m.**
**Milner v Duncklee**                **3:02cv1929**

Motion to Compel - #93

**10:45 a.m.**
**Bonner v Paul Revere Life**        **3:04cv475**

Motion to Compel - #22

**2:00 p.m.**
**Patel v Searles**                  **3:99cv1230**

Motion for Summary Judgment - #68

**2:45 p.m.**
**Master-Halco v Colonial Surety    3:04cv1156**

Motion to Compel - #12