UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVEN MILNER and HEIDI CANNON, : | |
| : | |
| Plaintiffs, : | |
| V. : | CIVIL NO. 3:02CV01929(SRU) |
| : | |
| LESTER DUNCKLEE, ET AL. : | |
| : | |
| Defendants. : | JUNE 20, 2005 |

## **APPEARANCE**

Please enter the appearance of the undersigned as attorney for the defendant, Lester Duncklee, in the above-captioned matter.

                                               DEFENDANT,
                                               LESTER DUNCKLEE

                                               _____
                                               Jeffrey J. White (ct25781)
                                               jwhite@rc.com
                                               Robinson & Cole LLP
                                               280 Trumbull Street
                                               Hartford, CT  06103
                                               Tel. No. (860) 275-8200
                                               Fax No. (860) 275-8299

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 20th day of June, 2005, to:

Mr. Steven Milner, pro se
Ms Heidi Cannon, pro se
40 Trolley Crossing
PO Box 25
Stonington, CT 06378

Scott M. Karsten, Esq.
Karsten & Dorman, LLC
29 South Main Street, 2nd Floor South
P.O. Box 270722
West Hartford, CT 06127-0722

_____
Jeffrey J. White