FILED

2005 JUN 23 P 12: 24

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVEN MILNER, and HEIDI CANNON,   :   NO. 3:02CV01929(SRU)
    Plaintiffs.

vs.

LESTER DUNCKLEE, ET AL.,           :   JUNE 20, 2005
    Defendants.

## OBJECTION TO PLAINTIFFS' MOTION TO COMPEL

Defendants Bryan Schneider and Michael Peckham hereby object to plaintiffs' motion to compel, dated February 14, 2005. On June 9, 2005, both defendants responded to those interrogatories and production requests to which objections were not interposed. To the extent that plaintiffs seek to compel responses to objected to interrogatories and production requests, they have failed to confer with opposing counsel in an effort to resolve those objections and have failed to file the required affidavit pursuant to Local Civil Rule 37(a)(2).

DEFENDANTS, BRYAN SCHNEIDER
AND MICHAEL PECKHAM

BY _____
Scott M. Karsten
Federal Bar No.: ct05277
Karsten & Dorman, LLC
29 South Main Street
West Hartford, CT 06107

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 20th day of June, 2005, to the following counsel of record or pro se parties:

Mr. Steven Milner, *pro se*
Ms. Heidi Cannon, *pro se*
40 Trolley Crossing
P.O. Box 25
Stonington, CT  06378

Rhonda Tobin, Esquire
Robinson & Cole, LLP
One Commercial Plaza
Hartford, CT 06103-3597

_____
Scott M. Karsten

- 2 -

FILED

2005 JUN 23 P 12: 24

US. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVEN MILNER, and HEIDI CANNON,    :    NO. 3:02CV01929(SRU)
    Plaintiffs.

vs.

LESTER DUNCKLEE, ET AL.,            :    JUNE 20, 2005
    Defendants.

## NOTICE OF MANUAL FILING

Please take notice that defendants have manually filed the following document:

**OBJECTION TO PLAINTIFFS' MOTION TO COMPEL**

This document has not been filed electronically because:

The document cannot be converted to an electronic format.

                            DEFENDANTS, BRYAN SCHNEIDER
                            AND MICHAEL PECKHAM

                 BY_____[signature]_____
                            Scott M. Karsten
                            Federal Bar No.: ct05277
                            Karsten & Dorman, LLC
                            29 South Main Street
                            West Hartford, CT 06107

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 20th day of June, 2005, to the following counsel of record or pro se parties:

Mr. Steven Milner, *pro se*
Ms. Heidi Cannon, *pro se*
40 Trolley Crossing
P.O. Box 25
Stonington, CT  06378

Rhonda Tobin, Esquire
Robinson & Cole, LLP
One Commercial Plaza
Hartford, CT 06103-3597

Scott M. Karsten