UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| STEVEN MILNER and HEIDI CANNON<br>plaintiffs | : 3:02 CV01929(SRU) |
| V. | : |
| LESTER DUNCKLEE, ET AL<br>defendants | : JULY 11, 2005 |

2005 JUL 15 P 12: 50

U.S. DISTRICT COURT
BRIDGEPORT, CT

MOTION TO EXTEND TIME FOR DISCOVERY

Pursuant to FRCVP 6 and Local Rule 7(b), the plaintiffs hereby move this court to extend the scheduling order of January 31, 2005 ( see exhibit 'A', attached) so that all deadlines are extended thirty (30) days. The plaintiffs have conferred with opposing counsel by telephone, and Mr. Karsten and Mr. White have agreed to a thirty day extension of the scheduling order deadlines. This is the first such request for extension of time filed by the plaintiffs.

This extension of time is needed due to the fact that interrogatories and production requests were extended by order of this court and schedules of opposing counsel have not coincided with that of the plaintiffs. The plaintiffs also need extended time to conduct depositions.

THE PLAINTIFFS

*[signature]*

STEVEN P. MILNER
PO BOX 25
STONINGTON, CT 06378
860-599-2930

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage paid on July 14, 2005, to the following:

Scott Karsten
Karsten and Dorman, LLC
29 S. Main St.
W. Hartford, CT 06107

Jeff White
Rhonda Tobin
Robinson and Cole, LLP
280 Trumbull St.
Hartford, CT 06103

*[signature]*

STEVEN MILNER

## Other Orders/Judgments

3:02-cv-01929-SRU Milner, et al v. Duncklee, et al

### U.S. District Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from Sbalbi, B. entered on 2/2/2005 at 1:15 PM EST and filed on 2/2/2005

**Case Name:** Milner, et al v. Duncklee, et al
**Case Number:** 3:02-cv-1929
**Filer:**
**Document Number:** 92

**Docket Text:**
ELECTRONIC ENDORSEMENT ORDER. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. ORDER re [91] Report of Rule 26(f) Planning Meeting. Report Approved. Discovery shall be completed by 7/11/05 and dispositive motions shall be filed by 9/5/05. Signed by Judge Stefan R. Underhill on 2/2/05. (Sbalbi, B.)

The following document(s) are associated with this transaction:

**3:02-cv-1929 Notice will be electronically mailed to:**

Scott M. Karsten    skarsten@sackspec.com, afreitas@sackspec.com

David S. Samuels    dsamuels@rc.com, mzup@rc.com

Rhonda J. Tobin    rtobin@rc.com, swhitehead@rc.com

**3:02-cv-1929 Notice will be delivered by other means to:**

Heidi Cannon
P.O. Box 25
Stonington, CT 06378

Steven Milner
P.O. Box 25
Stonington, CT 06378

EXHIBIT 'A'