UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVEN MILNER, and HEIDI CANNON,    :    NO. 3:02CV01929(~~JCH~~) SRU
    Plaintiffs,

vs.

LESTER DUNCKLEE, ET AL.,    :    AUGUST 4, 2005
    Defendants.

### STIPULATION TO DISMISS

The plaintiff, Heidi Cannon and the defendants Lester Duncklee, Brian Schneider and Michael Peckham, stipulate that this case may be dismissed as to all parties with prejudice and without costs or fees awarded to any party.

PLAINTIFF, HEIDI CANNON

BY _/s/ Heidi Cannon_
    Heid Cannon, pro se

DEFENDANT, LESTER DUNCKLEE

BY _/s/ Rhonda Tobin_
    Rhonda Tobin
    Federal Bar No: ct 07755
    Robinson & Cole, LLP
    One Commercial Plaza
    Hartford, CT 06103

DEFENDANTS, BRIAN SCHNEIDER
and MICHAEL PECKHAM

BY _/s/ Scott M. Karsten_
    Scott M. Karsten
    Federal Bar No.: ct05277
    Karsten & Dorman, LLC
    29 South Main Street
    West Hartford, CT 06107

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 7th day of September, 2005, to:

Mr. Steven Milner, pro se
40 Trolley Crossing
PO Box 25
Stonington, CT 06378

Ms Heidi Cannon, pro se
8 Cutler Street
Stonington, CT 06378

Scott M. Karsten
Karsten & Dorman, LLC
29 South Main Street
West Hartford, CT 06107

_____
Rhonda J. Tobin