UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVEN MILNER and HEIDI CANNON    :    3:02 CV01929 (SRU)

V.                                :

LESTER DUNCKLEE, ET AL            :    SEPTEMBER 10, 2005

**MOTION FOR LEAVE TO FILE ADDITIONAL
INTERROGATORIES AND
PRODUCTION REQUESTS**

Pursuant to F.R.Civ.P Rule 33a, plaintiff Milner requests that an additional 25 interrogatories and production requests be served on the defendants. The defendants were deposed by the plaintiff on August 29th and 30th 2005. Additional discovery is required. Plaintiff Milner requests that 25 interrogatories and production requests be served on Plaintiff Cannon. Co-plaintiffs are involved in a dissolution of marriage action, plaintiff Cannon is a hostile witness requiring additional discovery.

THE PLAINTIFF

STEVEN MILNER
PO BOX 25
STONINGTON, CT 06378
860-599-2930

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage paid on September 10, 2005 to the following:

Heidi Cannon
8 Cutler St.
Stonington, CT 06378

STEVEN MILNER

Scott Karsten
29 S. Main St.
W. Hartford, CT 06107

Rhonda Tobin
Robinson and Cole, LLP
280 Trumbull St.
Hartford, CT 06103