UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVEN MILNER and HEIDI CANNON  :  3:02CV01929(SRU)

V.                              :

LESTER DUNCKLEE, ET AL          :  SEPTEMBER 10, 2005

### MOTION FOR EXTENSION OF TIME

Pursuant to F.R.Civ.P. 6(b) and Local Rule 7(b), plaintiff Milner requests a sixty day extension of time of the Scheduling Order to complete discovery upto and including December 11, 2005. The parties held depositions on August 29th and 30th, 2005. Through those depositions, plaintiff Milner has ascertained that the defendants were not in possession of production requests or information to complete discovery. Plaintiff Milner requires additional time to subpoena State agencies for the required information. With due diligence the plaintiff cannot obtain the required information without an extension of time. The Scheduling Order for dispositive motions has been extended to October 11, 2005.

Opposing counsel could not be reached for their position on this motion. This is the second request for an extension of time by plaintiff Milner.

THE PLAINTIFF

*[signature]*

STEVEN MILNER
PO BOX 25
STONINGTON, CT 06378
860-599-2930


CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage paid on September 10, 2005 to the following:

Heidi cannon
8 Cutler St.
Stonington, CT 06378

*[signature]*
STEVEN MILNER

Scott Karsten
29 S. Main St.
W. Hartford, CT 06107


Rhonda Tobin
Robinson and Cole, LLP
280 Trumbull St.
Hartford, CT 06103