UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 SEP 9(?) A 11: 53
U.S. DISTRICT COURT
BRIDGEPORT, CONN

STEVEN MILNER and HEIDI CANNON  :  3:02CV1929(SRU)

V.  :

LESTER DUNCKLEE, ET AL  :  SEPTEMBER 10, 2005

### OBJECTION TO STIPULATION TO DISMISS

The defendants and co-plaintiff, Heidi Cannon, have entered into a <u>Stipulation to Dismiss</u>, dated August 4, 2005, (see exhibit 'A' attached) to dismiss the above entitled action as to plaintiff Cannon. Said stipulation was received by plaintiff Milner on September 9, 2005. The parties held depositions on August 29th and 30th, 2005. Through those depositions, the co-plaintiff Milner has learned that plaintiff Cannon has falsified her testimony, has altered her set of facts to facilitate dismissal, and has implicated plaintiff Milner as the sole initiator of this action. The plaintiff's are involved in a dissolution of marriage action in the Connecticut Superior Court, FA-04-4100154. Plaintiff Cannon is attemting to shift the liability of the present action onto plaintiff Milner.

Wherefore: Plaintiff Milner has facts and witnesses that would refute Ms. Cannon's testimony. Plaintiff Milner requests an immediate hearing before this court to determine the disposition for dismissal. Plaintiff Milner requests that the defendant's Stipulation to Dismiss be denied.

ORAL ARGUMENT REQUESTED

TESTIMONY IS REQUIRED

                          THE PLAINTIFF

*[signature]*

STEVEN MILNER
PO BOX 25
STONINGTON, CT 06378
860-599-2930

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage paid on september 10, 2005 to the following:

Heidi Cannon
8 Cutler St.
Stonington, CT 06378

*[signature]*
STEVEN MILNER

Scott Karsten
29 S. Main St.
W. Hartford, CT 06107

Rhonda Tobin
Robinson and Cole, LLP
280 Trumbull St.
Hartford, CT 06103

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVEN MILNER, and HEIDI CANNON,     :  NO. 3:02CV01929(~~JCH~~) SRU
    Plaintiffs,

vs.

LESTER DUNCKLEE, ET AL.,             :  AUGUST 4, 2005
    Defendants.

## STIPULATION TO DISMISS

The plaintiff, Heidi Cannon and the defendants Lester Duncklee, Brian Schneider and Michael Peckham, stipulate that this case may be dismissed as to all parties with prejudice and without costs or fees awarded to any party.

PLAINTIFF, HEIDI CANNON

BY _/s/ Heidi Cannon_
   Heid Cannon, pro se

DEFENDANT, LESTER DUNCKLEE

BY _/s/ Rhonda Tobin_
   Rhonda Tobin
   Federal Bar No: ct 07755
   Robinson & Cole, LLP
   One Commercial Plaza
   Hartford, CT 06103

DEFENDANTS, BRIAN SCHNEIDER
and MICHAEL PECKHAM

BY _/s/ Scott Karsten_
   Scott M. Karsten
   Federal Bar No.: ct05277
   Karsten & Dorman, LLC
   29 South Main Street
   West Hartford, CT 06107

EXHIBIT 'A'

• ATTORNEYS AT LAW
) 521-4800 • FAX (860) 521-7500 • JURIS No. 424030