UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 SEP 16 P 12: 32
U.S. DISTRICT COURT
BRIDGEPORT, CONN

STEVEN MILNER and HEIDI CANNON  :  3:02CV01929(SRU)

V.  :

LESTER DUNCKLEE, ET AL  :  SEPTEMBER 15, 2005

### MOTION TO SET ASIDE DISMISSAL

The above entitled action was dismissed as to plaintiff Heidi Cannon by the clerk of this court on September 8, 2005. (notice received on September 15, 2005.) Dismissal was entered by Stipulation dated August 4, 2005, received by plaintiff Milner on Setember 9, 2005. Plaintiff Milner filed an objection to the defendant's Stipulation to Dismiss on September 10, 2005.

Wherefore: Dismissal as to Heidi Cannon was obtained by fraud. Plaintiff Milner requests an immediate hearing to present testimony and evidence to set aside the dismissal of Heidi Cannon.

ORAL ARGUMENT REQUESTED
TESTIMONY REQUIRED

THE PLAINTIFF,

STEVEN MILNER
PO BOX 25
STONINGTON, CT 06378
860-599-2930

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage paid on September 15, 2005 to the following:

Heidi Cannon
8 Cutler St.
Stonington, CT 06378

Scott Karsten
29 S. Main St.
W. Hartford, CT 06107

Rhonda Tobin
280 Trumbull ST.
Hartford, CT 06103

STEVEN MILNER