FILED

U.S. DISTRICT COURT
BRIDGEPORT. CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 SEP 22 P 12: 03

| | | |
|---|---|---|
| STEVEN MILNER and HEIDI CANNON, | : | |
| | : | |
| Plaintiffs, | : | |
| V. | : | CIVIL NO. 3:02CV01929(SRU) |
| | : | |
| LESTER DUNCKLEE, ET AL. | : | |
| | : | |
| Defendants. | : | September 22, 2005 |

## DEFENDANT LESTER DUNCKLEE'S MOTION FOR RECONSIDERATION

The defendant, Lester Duncklee ("Duncklee"), respectfully requests that the Court reconsider its September 19, 2005 Order ("Order"), which granted Plaintiff Steven Milner's ("Milner") Motion for a sixty-day (60) extension of time until December 11, 2005, to complete discovery in this matter. The basis for defendant's Motion does not hinge on the Court's decision to extend the deadline for completion of discovery, but rather defendant requests that the Court revise its Order so as to also extend the deadline for dispositive motions as well.

After receiving the parties' Rule 26(f) Planning Meeting Report, this Court ordered that discovery was to be completed by July 11, 2005 and that dispositive motions were to be filed by September 5, 2005. Thereafter, in July 2005, the parties mutually requested that all deadlines be extended by thirty days. As a result, this Court ordered that discovery was to be completed by August 11, 2005 and dispositive motions were due by October 5, 2005. On September 19, 2005, the Court extended the discovery deadline an additional sixty (60) days until December 11, 2005.

In light of the Court's extension of the discovery deadlines, defendant requests that the deadline for dispositive motions be extended from October 5, 2005 to a reasonable period after

discovery is closed.  Such an extension will ensure that the Plaintiff's opposition to any summary

judgment motion will not hinge on a theory that he has not completed discovery in this matter.

WHEREFORE, the defendant, Lester Duncklee, respectfully requests that the Court grant

Defendant Lester Duncklee's Motion For Reconsideration.

DEFENDANT,
LESTER DUNCKLEE

Rhonda J. Tobin (ct07755)
rtobin@rc.com
Jeffrey J. White (ct25781)
jwhite@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103
Tel. No. (860) 275-8200
Fax No. (860) 275-8299

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 22nd

day of September, 2005, to:

Mr. Steven Milner, pro se
40 Trolley Crossing
PO Box 25
Stonington, CT 06378

Scott M. Karsten
Karsten & Dorman, LLC
29 South Main Street, 2nd Floor South
P.O. Box 270722
West Hartford, CT 06107

Jeffrey J. White