UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEVEN MILNER,<br>    Plaintiff, | : | NO. 3:02CV01929(SRU) |
| vs. | | |
| LESTER DUNCKLEE, ET AL.,<br>    Defendants. | : | SEPTEMBER 22, 2005 |

### OBJECTION TO MOTION TO SET ASIDE DISMISSAL

Defendants Bryan Schneider and Michael Peckham, by their undersigned counsel, hereby object to the motion to set aside dismissal filed under date of September 15, 2005 by pro se plaintiff Steven Milner.

The dismissal of the action brought by former plaintiff Heidi Cannon is not a matter as to which plaintiff Milner has any basis for objection. Ms. Cannon also appeared and prosecuted this matter pro se. Her decision as to the dismissal of this action was her choice to make, and hers alone. It has no bearing on the continued prosecution of plaintiff Milner's action. Further, as a non-attorney, Milner is not entitled to purport to undertake any proceedings with regard to the Cannon litigation.

    WHEREFORE, these defendants object to plaintiff's motion to set aside dismissal of the Cannon action, and request said motion be denied.

                                                    DEFENDANTS, BRYAN SCHNEIDER
                                                   AND MICHAEL PECKHAM

                                        BY_____
                                            Scott M. Karsten
                                            Federal Bar No.: ct05277
                                            Karsten & Dorman, LLC
                                            29 South Main Street
                                            West Hartford, CT 06107

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 22nd day of September, 2005, to the following counsel of record or pro se parties:

Mr. Steven Milner, *pro se*
40 Trolley Crossing
P.O. Box 25
Stonington, CT  06378

Rhonda Tobin, Esquire
Robinson & Cole, LLP
One Commercial Plaza
Hartford, CT 06103-3597

and

Ms. Heidi Cannon
8 Cutler Street
Stonington, CT 06378

_____
Scott M. Karsten

- 3 -

```
Chief Clerk
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604
```