UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEVEN MILNER,<br>    Plaintiff, | : | NO. 3:02CV01929(SRU) |
| vs. | | |
| LESTER DUNCKLEE, ET AL.,<br>    Defendants. | : | FEBRUARY 1, 2006 |

## **MOTION FOR EXTENSION OF TIME**

Defendants BRYAN SCHNEIDER and MICHAEL PECKHAM, in the above-referenced matter, hereby respectfully request an extension of time until March 14, 2006, within which they may file a response to plaintiff's motion for summary judgment dated January 20, 2006, and docketed on January 24, 2006, as well as to file their dispositive motion now due on or about February 6, 2006.

This extension of time is necessary due to the undersigned's trial schedule.

This is the first such request for an extension.

Pursuant to Local Rule 7(b)(3), on this date the undersigned's office left a message with pro se plaintiff Steven Milner's number, and in the absence of a return telephone call,

was unable to ascertain plaintiff's position as to this requested extension.

```
                              DEFENDANTS, BRYAN SCHNEIDER
                              AND MICHEAL PECKHAM


                            BY_____
                              Scott M. Karsten
                              Federal Bar No.: ct05277
                              Karsten & Dorman, LLC
                              29 South Main Street
                              West Hartford, CT 06107
```

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 1st day of February, 2006, to the following counsel of record or pro se parties:

Mr. Steven Milner, *pro se*
40 Trolley Crossing
P.O. Box 25
Stonington, CT  06378

Rhonda Tobin, Esquire
Robinson & Cole, LLP
One Commercial Plaza
Hartford, CT 06103-3597

_____
Scott M. Karsten

```
Chief Clerk
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604
```