UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVEN MILNER and HEIDI CANNON, | : |
| Plaintiffs, | : |
| V. | : CIVIL NO. 3:02CV01929(SRU) |
| LESTER DUNCKLEE, ET AL. | : |
| Defendants. | : FEBRUARY 6, 2006 |

### DEFENDANT LESTER DUNCKLEE'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rules of Civil Procedure 56(b), Defendant State Marshal Lester Duncklee ("Duncklee") submits this Motion for Summary Judgment. Because Duncklee's service of a capias issued by the Connecticut Superior Court for Plaintiff Steven Milner[1] did not violate clearly established law or the protections afforded by the Fourth Amendment to the U.S. Constitution, summary judgment is appropriate on all counts of Plaintiff's Amended Complaint. Although Plaintiff has attempted to impose artificial boundaries between a capias and an arrest warrant, such boundaries do not find support in the common law or the Connecticut General Statutes. Accordingly, Duncklee is entitled to qualified immunity because his actions violated no laws and was objectively reasonable under the circumstances.

The grounds for this Motion are more fully stated in the accompanying memorandum of law. In support of this Motion, Duncklee also submits the Affidavit of Gary B. Traystman, Esq.

---

[1] Plaintiff Heidi Cannon stipulated to the dismissal of her action in September 2005.

## CONCLUSION

Based on the evidence and legal analysis provided to the Court, Defendant Lester Duncklee respectfully requests that this Court grant his motion for summary judgment on all counts of Plaintiff's Amended Complaint.

DEFENDANT,
LESTER DUNCKLEE

By _____
Rhonda J. Tobin (ct 07755)
rtobin@rc.com
Jeffrey J. White (ct 25781)
jwhite@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 6th day of February, 2006, to:

Mr. Steven Milner, pro se
40 Trolley Crossing
PO Box 25
Stonington, CT 06378

Scott M. Karsten
Karsten & Dorman, LLC
29 South Main Street, 2nd Floor South
P.O. Box 270722
West Hartford, CT 06107

_____
Jeffrey J. White