UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVEN MILNER and HEIDI CANNON,           :
                                          :
     Plaintiffs,                          :
V.                                        :     CIVIL NO. 3:02CV01929(SRU)
                                          :
LESTER DUNCKLEE, ET AL.                   :
                                          :
     Defendants.                          :     FEBRUARY 7, 2006

**DEFENDANT LESTER DUNCKLEE'S UNOPPOSED MOTION**
**FOR EXTENSION OF TIME TO RESPOND TO**
**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, Defendant Lester Duncklee ("Duncklee") hereby moves for an extension of time of three weeks, until and including **March 9, 2006**, within which to file his response to Plaintiff Steven Milner's motion for summary judgment.  In support of this Motion, Duncklee states as follows:

     1.     This is Duncklee's <u>first</u> request for an extension of time to file his response to Plaintiff's motion for summary judgment.

     2.     Duncklee's response to Plaintiff's Motion is presently due by February 16, 2006.

     3.     Despite diligent effort, Duncklee cannot reasonably meet this deadline as a result of various scheduling conflicts.

     4.     The undersigned counsel has conferred with Mr. Milner, who has <u>no</u> objection to this motion.

**WHEREFORE**, based on the foregoing, Defendant Lester Duncklee respectfully requests that the Court grant his Motion for Extension of Time.

**DEFENDANT,**
**LESTER DUNCKLEE**

By ____/s/ Jeffrey J. White_____
Rhonda J. Tobin (ct 07755)
rtobin@rc.com
Jeffrey J. White (ct 25781)
jwhite@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

**<u>CERTIFICATION</u>**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 7th day

of February, 2006, to:

Mr. Steven Milner, pro se
40 Trolley Crossing
PO Box 25
Stonington, CT 06378

Scott M. Karsten
Karsten & Dorman, LLC
29 South Main Street, 2nd Floor South
P.O. Box 270722
West Hartford, CT 06107

       /s/ Jeffrey J. White
       Jeffrey J. White