UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



| | | |
|---|---|---|
| STEVEN MILNER | : | 3:02CV1929(SRU) |
| V. | : | |
| LESTER DUNCKLEE, ET AL | : | FEBRUARY 7, 2006 |

**OBJECTION TO DEFENDANT'S MOTION
FOR EXTENSION OF TIME**

The plaintiff in the above entitled action hereby objects to defendants Schneider and Peckham's Motion for Extension of Time to file a Motion for Summary Judgment. The scheduling order in the present case has been established since September 2005, giving these defendants ample time to prepare and file for Summary Judgment. Only after the plaintiff filed his Motion for Summary Judgment on January 20, 2006, did the defendant's request time for an extension. Dispositive motions were due by February 6, 2006. Defense counsel states that due to his "trial schedule" he needs more time. This reason is unavailing, as with proper planning counsel would have had enough time to file his Motion for Summary Judgment.

The plaintiff equally objects to the defendant's request of extension of time to respond to the plaintiff's Motion for Summary Judgment. An additional five weeks to respond to plaintiffs motion is causing undue delay.

Wherefore; the plaintiff requests that defendant Schneider and Peckham's Motion for Extension of Time to file a Motion for Summary Judgment be Denied, and that a reasonable time to respond to the plaintiff's Motion for Summary Judgment be ordered by this court.

THE PLAINTIFF

*[signature]*

STEVEN MILNER
PO BOX 25
STONINGTON, CT 06378
860-599-2930

CERTIFICATION

    I hereby certify that a copy of the foregoing was mailed postage paid on February 7, 2006 to the following:

Scott Karsten
29 S. Main St.
W. Hartford, Ct 06107

*[signature]*
STEVEN MILNER

Robinson and Cole, LLP
Rhonda Tobin
280 Trumbull St.
Hartford, CT 06103