UNITED STATES DISTRICT COURT  **FILED**
DISTRICT OF CONNECTICUT

2006 FEB 23 P 2: 30

STEVEN MILNER                    :    3:02CV1929(SRU)

U.S. DISTRICT COURT
V.                               :                     BRIDGEPORT, CONN

LESTER DUNCKLEE, ET AL           :    FEBRUARY 16, 2006

### PLAINTIFF'S OBJECTION AND
### REPLY TO DEFENDANT
### DUNCKLEE'S MOTION FOR SUMMARY JUDGMENT

Pursuant to F.R.Civ.P 56 and Local Rule 56, the plaintiff in the above entitled action submits his objection to defendant Duncklee's Motion for Summary Judgment and submits his Local Rule 56(a)2 statement. The plaintiff objects to the supporting affidavit of Gary Traystman, esq. as irrelevant, immaterial, untruthful, and submitted in bad faith.

Duncklee's method of service of a civil capias on the plaintiff violated his constitutional rights and violated State law, as alleged in the amended complaint. Defendant Duncklee is not entitled to summary judgment. Duncklee, as he stated, a 22 year veteran of the sheriff and marshal programs in Connecticut, knew or should have known that his actions toward the plaintiff in service of a civil capias were in violation of the plaintiff's rights. Therefore, it was not objectively reasonable for Duncklee's actions under the circumstances or under the clearly established law. Defendant Duncklee is not entitled to Qualified Immunity.

The plaintiff's reasons for denying summary judgment and qualified immunity to Defendant Duncklee are more particularly

described in the plaintiff's attached Memorandum of Law in Support of

Objection to Duncklee's Motion for Summary Judgment.

Wherefore: Defendant Duncklee's Motion for Summary Judgment

should be DENIED. Appropriately, Duncklee's defense of Qualified

Immunity should also be DENIED.

ORAL ARGUMENT REQUESTED

TESTIMONY MAY BE REQUIRED


THE PLAINTIFF


STEVEN MILNER
PO BOX 25
STONINGTON, CT 06378
860-599-2930


CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage
paid on February 17, 2006 to the following:
    21

Scott Karsten
29 S. Main St.
W. Hartford, CT 06107                    STEVEN MILNER


Robinson and Cole, LLP
Rhonda Tobin
280 Trumbull St.
Hartford, CT 06103