UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT        BRIDGEPORT
February 23, 2006
Kevin F. Rowe, Clerk
By: Tasha Simpsy
Deputy Clerk

STEVEN MILNER                  : 3:02CV1929(SRU)

V.                             :

LESTER DUNCKLEE, ET AL         : FEBRUARY 20, 2006

### PLAINTIFF'S LOCAL RULE 56(a)2 STATEMENT

The plaintiff submits the following response to defendant Duncklee's Local Rule 56(a)1 statement submitted to this court on February 6, 2006.

1. Admitted

2. Admitted

3. Admitted

4. Denied (Duncklee depo. at 12)

5. Admitted, as to Dunckle having additional on-the-job training. (Duncklee depo. at 11)

6. Admitted

7. Denied (Duncklee depo at 16,17)

8. Immaterial and irrelevant to the present action. Statements 8 through and including 15 are irrelevant and immaterial.

9. Immaterial

10. Immaterial

11. Immaterial

12. Immaterial

13. Immaterial

14. Immaterial

15. Immaterial

1

16. Admitted

17. Immaterial and irrelevant, statements 17 through and including 28 are immaterial and irrelevant to the present action.

18. Immaterial

19. Immaterial

20. Immaterial

21. Immaterial

22. Immaterial

23. Immaterial

24. Immaterial

25. Immaterial

26. Immaterial

27. Immaterial

28. Immaterial

29. Admitted

30. Admitted

31. Denied (Schneider depo. at 26) (Peckham depo. at 27)

32. Denied (Peckham depo. at 12)

33. Admitted

34. Denied (Schneider depo. at 9)

35. Admitted

36. Admitted insofar as that was his testimony

37. Immaterial and irrelevant

38. Admitted

39. Admitted

40. Admitted

41. Admitted

2

42. Admitted

43. Immaterial and irrelevant

44. Immaterial and irrelevant

45. Admitted

46. Admitted

47. Admitted

48. Admitted as to Cannon saying "you can't come in", Denied as to Cannon "reading" the capias. (Cannon depo. at 29)

49. Admitted

50. Denied as to Duncklee leaning against the door, (Cannon depo. at 50). Otherwise admitted

51. Admitted

52. Admitted

53. Admitted

54. Admitted

55. Admitted

56. Admitted

57. Admitted

58. Admitted

59. Admitted

DISPUTED ISSUES OF MATERIAL FACT

None, the plaintiff submits all of his denials herein do not present a material fact in the present action.

3

THE PLAINTIFF

*[signature]*

STEVEN MILNER
PO BOX 25
STONINGTON, CT 06378
860-599-2930

CERTIFICATION

    I hereby certify that a copy of the foregoing was mailed postage paid on February 21, 2006 to the following:

Robinson and Cole, LLP
280 Trumbull St.
Hartford, CT 06103

*[signature]*
STEVEN MILNER

Scott Karsten
29 S. Main St.
W. Hartford, CT 06107

4