UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEVEN MILNER and HEIDI CANNON, | : | |
| Plaintiffs, | : | |
| V. | : | CIVIL NO. 3:02CV01929(SRU) |
| LESTER DUNCKLEE, ET AL. | : | |
| Defendants. | : | MARCH 9, 2006 |

### MOTION TO SUBSTITUTE AFFIDAVIT OF LESTER DUNCKLEE

Defendant Lester Duncklee hereby moves to replace the Affidavit of Lester Duncklee, filed March 7, 2006, and substitutes it with the appended original Affidavit of Lester Duncklee. This substitution is required because the original of this Affidavit was not available on the date of filing, necessitating the submission of a copy of that document.

DEFENDANT,
LESTER DUNCKLEE

By _____
Rhonda J. Tobin (ct 07755)
rtobin@rc.com
Jeffrey J. White (ct 25781)
jwhite@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 9th day of March, 2006, to:

Mr. Steven Milner, pro se
40 Trolley Crossing
PO Box 25
Stonington, CT 06378

Scott M. Karsten
Karsten & Dorman, LLC
29 South Main Street, 2nd Floor South
P.O. Box 270722
West Hartford, CT 06107

_____
Jeffrey J. White

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVEN MILNER and HEIDI CANNON,        :
                                        :
    Plaintiffs,                         :
V.                                      :   CIVIL NO. 3:02CV01929(SRU)
                                        :
LESTER DUNCKLEE, ET AL.                 :
                                        :
    Defendants.                         :   MARCH 8, 2006

## AFFIDAVIT OF LESTER DUNCKLEE

I, Lester Duncklee, being duly sworn, depose and say:

1. I am over 18 years old and understand the obligations of an oath.

2. I am a Connecticut State Marshal and have held that position since the state marshal system was created. Before that time, I had been a Connecticut deputy sheriff.

3. This affidavit is based upon my own personal knowledge and is made in support of my Joint Memorandum of Law In Opposition To Plaintiff's Motion For Summary Judgment and In Further Support of my Motion for Summary Judgment.

4. As my part of my training, I was taught that it was permissible to enter the residence of a person identified in a capias that had been issued by the Connecticut Superior Court once the door was opened, I identified myself, and I had reason to believe that the person I was seeking to arrest was inside.

5. I have been trained that a capias is an arrest warrant.

6. Prior to September 30, 2002, I had served capiases upon other individuals in a manner that was consistent with how I served Mr. Milner on the night in question.

HART1-1315342-1

_____
Lester Duncklee

Subscribed and sworn to before me
on this 8th day of March, 2006.

_Donelle M. Bartlett_
Notary Public
My commission expires: 7/31/07

DONELLE M. BARTLETT
NOTARY PUBLIC
MY COMMISSION EXPIRES JULY 31, 2007

2