UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVEN MILNER         :   3:02CV1929(SRU)

V.                    :

LESTER DUNCKLEE, ET AL :   MARCH 9, 2006

FILED
2006 MAR 14 A 11: 51
U.S. DISTRICT COURT
BRIDGEPORT, CONN

**MOTION FOR ORDER**

Defendant Duncklee has filed a Motion To Have Facts Set Forth In His 56(a)1 Statement Deemed Admitted For Purposes of His Motion For Summary Judgment dated March 8, 2006. Duncklee contends that the plaintiff has not complied with Local Rule 56, in that he has not either 'admitted' or 'denied' some of Duncklee's material facts.

The plaintiff contends that some of the defendant's "facts" are not material within the meaning of the Local Rule, see plaintiff's objection to Duncklee's motion as stated above filed with this court of even date.

Wherefore; the plaintiff requests guidance and an order from this court as to whether the defendant's facts as stated in his Local Rule 56(a)1 statement are *material* to the present action and whether the plaintiff must 'admit' or 'deny' facts in his Local Rule 56(a)2 statement that he contends are immaterial.

THE PLAINTIFF

*[signature]*

STEVEN MILNER
PO BOX 25
STONINGTON, CT 06378
860-599-2930

CERTIFICATION

    I hereby certify that a copy of the foregoing was mailed postage paid on March 9, 2006 to the following:

Robinson and Cole, LLP
Rhonda Tobin
280 Trumbull St.
Hartford, CT 06103

*[signature]*
STEVEN MILNER

Scott Karsten
29 S. Main St.
W. Hartford, CT 06107