UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

STEVEN MILNER              :   3:02CV1929(SRU)       2006 MAR 14  A 11: 51

V.                         :
                                                    U.S. DISTRICT COURT
LESTER DUNCKLEE            :   MARCH 9, 2006          BRIDGEPORT CONN.

## MOTION FOR ORDER

Defendant Duncklee has filed an affidavit with this court dated March 8, 2006. In said affidavit, Duncklee states, at 4, he had training;

> "As part of my training, I was taught that it was permissible to enter the residence of a person identified in a capias that had been issued by the Connecticut Superior Court once the door opened..."

Duncklee further states, at 5, "I have been trained that a capias is an arrest warrant."

Duncklee states (Duncklee depo. at 9), that he has had training by certified instructors and within the past year (Duncklee depo at 13) he has taken written tests.

The plaintiff contends that Duncklee answered questions in his deposition dated August 30, 2005, in bad faith that he stated he cannot recall names of his certified instructors or places where test results are filed.

Wherefore; the plaintiff requests an order from this court ordering Duncklee to research and produce names of certified instructors that trained him in service of a capias and who taught him that a capias is an arrest warrant within the meaning of the Fourth Amendment. Also the plaintiff requests an order that Duncklee produce copies of written tests he has testified to taking for the Capias

Unit. Also, pursuant to Duncklee affidavit, at 6, dated March 8, 2006, an order to produce names of individuals, as stated, that Duncklee served capiases in the same manner as he served on the plaintiff.

THE PLAINTIFF

STEVEN MILNER
PO BOX 25
STONINGTON, CT 06378
860-599-2930

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage paid on March 9, 2006 to the following:

Robinson and Cole, LLP
Rhonda Tobin
280 Trumbull St.
Hartford, CT 06103

STEVEN MILNER

Scott Karsten
29 S. Main St.
W. Hartford, CT 06107