UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVEN MILNER,                          :    NO. 3:02CV01929(SRU)
    Plaintiff,

vs.

LESTER DUNCKLEE, ET AL.,                :    MARCH 10, 2006
    Defendants.

## MOTION FOR EXTENSION OF TIME

Defendants BRYAN SCHNEIDER and MICHAEL PECKHAM, in the above-referenced matter, hereby respectfully request an extension of time until March 22, 2006, within which they may file a response to plaintiff's motion for summary judgment dated January 20, 2006, and docketed on January 24, 2006, as well as to file their dispositive motion.

This extension of time is necessary due to the undersigned's trial schedule, and also due to unexpected crises in other matters.

This is the second such request for an extension.

Pursuant to Local Rule 7(b)(3), on this date the undersigned's office spoke with pro se plaintiff Steven Milner, who advises he has no objection to this requested extension.

```
                                    DEFENDANTS, BRYAN SCHNEIDER
                                    AND MICHEAL PECKHAM


                              BY_____
                                 Scott M. Karsten
                                 Federal Bar No.: ct05277
                                 Karsten & Dorman, LLC
                                 29 South Main Street
                                 West Hartford, CT 06107
```

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 10th day of March, 2006, to the following counsel of record or pro se parties:

Mr. Steven Milner, *pro se*
40 Trolley Crossing
P.O. Box 25
Stonington, CT  06378

Rhonda Tobin, Esquire
Robinson & Cole, LLP
One Commercial Plaza
Hartford, CT 06103-3597


                                    _____
                                    Scott M. Karsten

```
Chief Clerk
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604
```