```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

STEVEN MILNER,                       :   NO. 3:02CV01929(SRU)
     Plaintiff,

vs.

LESTER DUNCKLEE, ET AL.,             :   MARCH 22, 2006
     Defendants.
```

### NOTICE TO PRO SE LITIGANT OPPOSING MOTION FOR SUMMARY JUDGMENT AS REQUIRED BY LOCAL RULE OF CIVIL PROCEDURE 56(b)

The purpose of this notice, which is required by the Court, is to notify you that the defendants have filed a motion for summary judgment asking the Court to dismiss all or some of you claims without a trial. The defendants argue that there is no need for trial with regard to these claims because no reasonable jury could return a verdict in your favor.

THE DEFENDANTS' MOTION MAY BE GRANTED AND YOUR CLAIMS MAY BE DISMISSED WITHOUT FURTHER NOTICE IF YOU DO NOT FILE PAPERS AS REQUIRED BY RULE 56 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND RULE 56 OF THE LOCAL RULES OF CIVIL PROCEDURE. COPIES OF THESE RULES ARE ATTACHED TO THIS NOTICE, AND YOU SHOULD REVIEW THEM VERY CAREFULLY.

The papers you file must show that (1) you disagree with the defendants' version of the facts; (2) you have evidence contradicting the defendants' version; and (3) the evidence you rely on, if believed by a jury, would be sufficient to support a verdict in your favor.

To make this showing, you must file one or more affidavits disputing the defendants' version of the facts.  An affidavit is a sworn statement by a witness that the facts contained in the affidavit are true to the best of the witness' knowledge and belief.  To be considered by the Court, an affidavit must be signed and sworn to in the presence of a notary public or other person authorized to administer oaths.  In addition to affidavits, you may also file deposition transcripts, responses to discovery requests, and other evidence that supports your claims.  Please be aware that the Local Rules require counsel and pro se parties to cite to specific pages when citing to depositions or other transcripts or to documents longer than a single page in length.  If you fail to comply and submit evidence contradicting the defendants' version of the facts,

your claims may be dismissed if the defendants' motion shows that the defendant is entitled to judgment as a matter of law.

It is therefore very important that you read the defendants' motion, memorandum of law, affidavits, and other evidentiary materials to see if you agree to disagree with the defendants' version of the relevant facts.  It is also very important that you review the enclosed copy of Rule 56 of the Local Rules of Civil Procedure carefully.  This rule provides detailed instructions concerning the papers you must file in opposition to the defendants' motion, including how you must respond to specific facts the defendant claims are undisputed (see Rule 56(a)(2)) and how you must support your claims with specific references to evidence (see Rule 56(a)(3)).  If you fail to follow these instructions, the defendants' motion may be granted if the defendants' motion shows that the defendants are entitled to judgment as a matter of law.

You must file your opposition papers with the Clerk of the Court and mail a copy to the defendants' counsel within 21 days of the filing of the defendants' motion with the Clerk of the Court.  This 21-day period is extended an additional three days

if any of the conditions of Rule 6(e) of the Federal Rules of Civil Procedure are met (for example, if you received the defendants' motion by mail or overnight delivery service).

                              DEFENDANTS, BRYAN SCHNEIDER
                              AND MICHAEL PECKHAM

                          BY_____
                            Scott M. Karsten
                            Federal Bar No.: ct05277
                            Karsten & Dorman, LLC
                            29 South Main Street
                            West Hartford, CT 06107

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 23rd day of March, 2006, to the following counsel of record or pro se parties:

Mr. Steven Milner, *pro se*
40 Trolley Crossing
P.O. Box 25
Stonington, CT  06378

Rhonda Tobin, Esquire
Robinson & Cole, LLP
One Commercial Plaza
Hartford, CT 06103-3597

 

                                                                             _____
                                                                             Scott M. Karsten