FILED

2006 MAR 23  P 4: 20

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEVEN MILNER, | : | NO. 3:02CV01929(SRU) |
| Plaintiff, | | |
| vs. | | |
| LESTER DUNCKLEE, ET AL., | : | MARCH 22, 2006 |
| Defendants. | | |

### NOTICE OF MANUAL FILING

Please take notice that defendants have manually filed the following document:

### EXHIBITS A-F IN SUPPORT OF POLICE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

This document has not been filed electronically because:

The document cannot be converted to an electronic format.

DEFENDANTS, BRYAN SCHNEIDER
AND MICHAEL PECKHAM

BY _____
Scott M. Karsten
Federal Bar No.: ct05277
Karsten & Dorman, LLC
29 South Main Street
West Hartford, CT 06107

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 23rd day of March, 2006, to the following counsel of record or pro se parties:

Mr. Steven Milner, *pro se*
40 Trolley Crossing
P.O. Box 25
Stonington, CT  06378

Rhonda Tobin, Esquire
Robinson & Cole, LLP
One Commercial Plaza
Hartford, CT 06103-3597

                                                           _____
                                                           Scott M. Karsten