```
          UNITED STATES DISTRICT COURT
            DISTRICT OF CONNECTICUT

STEVEN MILNER,                    :  NO. 3:02CV01929(SRU)
     Plaintiff,

vs.

LESTER DUNCKLEE, ET AL.,          :  MARCH 22, 2006
     Defendants.
```

## **LIST OF EXHIBITS**

A. Excerpts of deposition testimony, Bryan Schneider.

B. Excerpts of deposition testimony, Michael Peckham.

C. Excerpts of deposition testimony, Lester Duncklee.

D. Excerpts of deposition testimony, Heidi Cannon.

E. Excerpts of deposition testimony, Steven Milner.

F. Copy of capias.