UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEVEN MILNER, | : | NO. 3:02CV01929(SRU) |
|     Plaintiff, | | |
| vs. | | |
| LESTER DUNCKLEE, ET AL., | : | MARCH 22, 2006 |
|     Defendants. | | |

### POLICE DEFENDANTS' RESPONSE TO PLAINTIFF'S LOCAL RULE 56(a)(1) STATEMENT OF UNDISPUTED MATERIAL FACTS

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.
8. Admitted.
9. Admitted.
10. Admitted.
11. Admitted.
12. Admitted.
13. Admitted.

  14. Admitted.

  15. These defendants do not have sufficient knowledge regarding this matter to either admit or deny the statement as phrased.

  16. These defendants do not have sufficient knowledge regarding this matter to either admit or deny the statement as phrased.

  17. Admitted.

  18. Admitted.

  19. Admitted.

  20. Admitted.

  20. (sic) Admitted.

  21. Admitted.

  22. Admitted.

  23. Admitted.

         DEFENDANTS, BRYAN SCHNEIDER
         AND MICHAEL PECKHAM

       BY_____
        Scott M. Karsten
        Federal Bar No.: ct05277
        Karsten & Dorman, LLC
        29 South Main Street
        West Hartford, CT 06107

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 23rd day of March, 2006, to the following counsel of record or pro se parties:

Mr. Steven Milner, *pro se*
40 Trolley Crossing
P.O. Box 25
Stonington, CT  06378

Rhonda Tobin, Esquire
Robinson & Cole, LLP
One Commercial Plaza
Hartford, CT 06103-3597

_____
Scott M. Karsten

- 3 -