```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT

STEVEN MILNER,                    :  NO. 3:02CV01929(SRU)
     Plaintiff,

vs.

LESTER DUNCKLEE, ET AL.,          :  MARCH 22, 2006
     Defendants.
```

### POLICE DEFENDANTS' LOCAL RULE 56(a)(2) STATEMENT OF MATERIAL FACTS IN DISPUTE

Defendants Bryan Schneider and Michael Peckham do not contend that any issues of material fact are in dispute and require trial.

```
                              DEFENDANTS, BRYAN SCHNEIDER
                              AND MICHAEL PECKHAM


                         BY_____
                            Scott M. Karsten
                            Federal Bar No.: ct05277
                            Karsten & Dorman, LLC
                            29 South Main Street
                            West Hartford, CT 06107
```

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 23rd day of March, 2006, to the following counsel of record or pro se parties:

Mr. Steven Milner, *pro se*
40 Trolley Crossing
P.O. Box 25
Stonington, CT  06378

Rhonda Tobin, Esquire
Robinson & Cole, LLP
One Commercial Plaza
Hartford, CT 06103-3597

 

                                                                                     _____
                                                                                     Scott M. Karsten