# EXHIBIT 1

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

STEVEN MILNOR, ET AL

v.

LESTER DUNCKLEE, ET AL

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 3:02CV01929(SRU)

TO: JAMES E. NEIL, 765 ASYLUM AVE. HARTFORD, CT 06105
STATE MARSHAL COMMISSION

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| MYSTIC HILTON HOTEL COOGAN BLVD., MYSTIC, CT (MORGAN ROOM) | 10-27-05 10 AM |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHED

ATTEST: A TRUE COPY
Nancy F. Marino
NANCY F. MARINO
CONNECTICUT MARSHAL
HARTFORD COUNTY

| PLACE | DATE AND TIME |
|---|---|
| MYSTIC HILTON HOTEL COOGAN BLVD, MYSTIC, CT (MORGAN ROOM) | 10-27-05 10 AM |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)

KEVIN F. ROWE  Clerk of Court

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

M. Rother Deputy Clerk

DATE

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

If action is pending in district other than district of issuance, state district under case number.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Case No. 3:02CV01929(SRU)

ATTACHMENT TO SUBPOENA

TO: JAMES E. NEIL, 765 ASYLUM AVE., HARTFORD, CT 06105
    STATE MARSHAL COMMISSION

PRODUCE, PERMIT INSPECTION, AND COPYING OF THE FOLLOWING:

1. All documents or documentation in the possession of the State Marshal Commission pertaining to Lester Duncklee, including but not limited to training, testing, insurance, and certification or re-certification as a State Marshal.

2. Names and addresses of State Marshals statewide that are certified instructors that train State Marshals.

3. Documentation of procedure, approved by The State Marshal Commission, that instructs or trains Marshals in the service of civil capiases.

4. Documentation of dates, times, and/or locations that instruction, training classes, or any and all types of training of State Marshals has taken place in Connecticut.

5. Any and all documentation in the possession of The State Marshal Commission pertaining to Capias including but not limited to, policy, service of, instructional manual, training aids, and legal interpretation of a capias.

6. Copy of the Code of Ethics, Standards of Professional Conduct, or any other document intended to state the qualifications and conduct of State Marshals.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVEN MILNER, ET AL         :   3:02CV1929(SRU)

V.                           :

LESTER DUNCKLEE, ET AL       :   OCTOBER 3, 2005

NOTICE OF DEPOSITION

THAT, the plaintiff, Steven Milner, will take the deposition of JAMES E. NEIL, Director State Marshal Operations, in the above entitled action, on OCTOBER 27, 2005 at 10 a.m. at the MYSTIC HILTON HOTEL, Coogan Blvd., Mystic, CT, in the Morgan Room, 1st floor. Said deposition will be taken before Sarah Miner, court reporter, or other competent authority in accordance with Fed. Rules of Civil Procedure, Rule 30.

THE PLAINTIFF,

STEVEN MILNER
PO BOX 25
STONINGTON, CT 06378
860-599-2930

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

STEVEN MILNOR AND
HEIDI CANNON   v.

LESTER DUNKLEE, ET AL

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 3:02CV01929(SRU)

TO: JAMES E. NEIL, 165 ASYLUM AVE., HARTFORD, CT 06105
STATE MARSHAL COMMISSION

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): SEE ATTACHED

ATTEST: A TRUE COPY
Nancy F. Marino
NANCY F. MARINO
CONNECTICUT MARSHAL
HARTFORD COUNTY

| PLACE BY MAIL: STEVEN MILNOR, PO BOX 25, STONINGTON, CT 06378  58 HUNTINGTON ST. NEW LONDON, CT | DATE AND TIME  9-30-05 3PM |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)
KEVIN F. ROWE

DATE: 9-14-05

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| DATE | PLACE |
|---|---|
| | |

SERVED

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
           DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that,

subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Case No. 3:02CV01929(SRU)

ATTACHMENT TO SUBPOENA

TO: JAMES E. NEIL, 765 ASYLUM AVE., HARTFORD, CT 06105
    STATE MARSHAL COMMISSION

PRODUCE, PERMIT INSPECTION, AND COPYING OF THE FOLLOWING:

1. Documentation permitting State Marshals to carrying firearms in their offical capacity.

2. Documentation prohibiting State Marshals from carrying firearms in their official capacity.

3. List of certified instructors that instruct State Marshals in the service of Capiases.

4. List of State Marshals that have instructed State Marshals in the service of capiases in the past three years.

5. List of dates, times, and places, that instuction, classes, or in service training of State Marshals serving capiases has taken place in New London County in the past three years.

6. List of names of New London County State Marshals that have received training, in service, or instruction, on the service of capiases in the past three years.

7. List of State Marshals, statewide, that are members of the "Capias Team" or any special group that serves capiases.

8. Blank copies of written exams required to be taken by State Marshal candidates.

9. Documentation that State Marshals receive instruction on Constitutional Law.

10. List of instructors, statewide, that train State Marshals on Constitutional Law.