# EXHIBIT 2

Steven Milner and
Heidi Cannon

United States District Court
District of Connecticut

vs.

3:02CV01929 (SRU)

Lester Duncklee, ET AL

September 14, 2005

Response of State Marshal Commission, James E. Neil, Director of Operations to request to produce, permit inspection and copying the list of items attached to the subpoena in case 3:02CV01929 (SRU) dated September 14, 2005:

| | |
|---|---|
| 1 and 2. | Documents attached. |
| 3, 4, 5 and 6. | No such documents exist in this office. |
| 7. | Current list attached. |
| 8, 9 and 10. | No such documents exist in this office. |