UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

STEVEN MILNER
    plaintiff

:  3:02CV1929(SRU)  2006 APR 13 P 12: 37

V.

:

U.S. DISTRICT COURT
BRIDGEPORT, CONN

LESTER DUNCKLEE, ET AL
    defendants

:  APRIL 5, 2006

## PLAINTIFF'S LOCAL RULE 56(a)2 STATEMENT

The plaintiff submits the following response to defendants Schneider an Peckham's Local Rule 56(a)1 statement submitted to this court on March 22, 2006.

1. Admitted, only as far as that was their statement at deposition

2. Admitted, only as far as that was their statement at deposition, denied as to Milner residing in the Borough of Stonington

3. Plaintiff has no knowledge in which to answer

4. Plaintiff has no knowledge in which to answer

5. Admitted

6. Plaintiff has no knowledge in which to answer

7. Plaintiff has no knowledge as to who knocked on the front door, Admitted as to Cannon answering the door, Denied as to "at the request of plaintiff."

8. Admitted

9. Admitted

10. Admitted

11. Plaintiff has no knowledge in which to answer

12. Admitted as to Cannon telling the Marshal he could not come in several times.

13. Plaintiff has no knowledge in which to answer.

14. Plaintiff has no knowledge in which to answer.

15. Plaintiff has no knowledge in which to answer.

16. Admitted

17. Plaintiff has no knowledge in which to answer.

18. Admitted

19. Plaintiff has no knowledge in which to answer.

20. Admitted

21. Denied - *See Affidavit of Richard Dixon and Anne Marie-Foster, Attached Exhibits B+C*

22. Plaintiff has no knowledge in which to answer.

23. Admitted as to Cannon showing Duncklee the garage, Denied as to Duncklee "asking", Duncklee was screaming to "show him the garage".

24. Admitted

25. Admitted

26. Plaintiff has no knowledge in which to answer.


                                        THE PLAINTIFF


                                        STEVEN MILNER
                                        PO BOX 25
                                        STONINGTON, CT 06378
                                        860-599-2930

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage paid
to the following on April 10, 2006


Robinson and Cole. LLP
Rhonda Tobin
280 Trumbull St.
Hartford, CT 06103

                                        STEVEN MILNER

Scott Karsten
29 S. Main St.
W. Hartford, CT 06107

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVEN MILNER                          : 3:02CV1929 (SRU)

V.                                     :

LESTER DUNCKLEE, ET AL                 : APRIL 5, 2006

## DISPUTED ISSUES OF MATERIAL FACT

Pursuant to Local Rule 56(a) 2, the plaintiff submits there is one disputed issue of material fact. Defendant's Schneider and Peckham raise the issue in their Motion For Summary Judgment that Cannon gave consent to enter the plaintiff's home on September 30, 2002.

Affidavits by Richard Dixon and Anne-Marie Foster (exhibits B and C attached to Objection for Summary Judgment) refute that Cannon gave consent.

Therefore, there are no other issues of material fact.

THE PLAINTIFF

STEVEN MILNER
PO BOX 25
STONINGTON, CT 06378
860-599-2930

CERTIFICATION

    I hereby certify that a copy of the foregoing was mailed postage
paid on April 10, 2006 to the following:


Robinson and Cole, LLP
Rhonda Tobin
280 Trumbull St.
Hartford, CT 06103

STEVEN MILNER


Scott Karsten
29 S. Main St.
W. Hartford, CT 06107