UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVEN MILNER, ET AL : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NUMBER: 3:02-cv-01929-SRU |
| : | |
| LESTER DUNCKLEE, ET AL : | |
| : | |
| Defendants : | |
| : | JULY 26, 2006 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), David S. Samuels, Esq. hereby moves to withdraw his appearance on behalf of defendant Lester Duncklee. In support hereof, the undersigned represents he has left the law firm of Robinson & Cole and that other attorneys from Robinson & Cole have appeared and continue to appear in this action for said defendant.

By _____
David S. Samuels
Fed. Bar No. ct24460
Edwards Angell Palmer & Dodge LLP
90 State House Square
Hartford, CT 06103
(203) 525-5065
(203) 527-4198 (fax)
dsamuels@eapdlaw.com

## ORDER

The foregoing Motion having been considered is hereby: **GRANTED/DENIED**

_____
Judge/Clerk

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2006, a copy of the Motion to Withdraw was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

David S. Samuels, Esq.