UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


STEVEN MILNER

    v                                                                     3:02CV1929 (SRU)

LESTER DUNCKLEE, BRYAN
SCHNEIDER and MICHAEL
PECKHAM

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of cross-motions for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motions and on November 8, 2006, a Ruling on Cross Motions for Summary Judgment was entered by the Court granting defendants' motions and denying plaintiff's motion.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 13th day of November 2006.

                                                                KEVIN F. ROWE, Clerk

                                                                By_____/s/_____
                                                                         Alice Montz
                                                                         Deputy Clerk


Entered on Docket _____