UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVEN MILNER
   plaintiff

VS

LESTER DUNCKLEE, BRYAN SCHNEIDER,
and MICHEAL PECKHAM
   defendants

: 3:02CV1929(SRU)

: NOVEMBER 15, 2006

## NOTICE OF APPEAL

The plaintiff, STEVEN MILNER, pursuant to Federal Rules of Appellate Procedure (FRAP) 3(a)(1) and FRAP 4(a)(1), hereby appeals to the United States Court of Appeals for the Second Circuit from the decision of the Hon. Judge Stefan R. Underhill, dated November 8, 2006, granting the herein defendant's motion for summary judgment based on qualified immunity and dismissing the plaintiff's motion for summary judgment claims of constitutional 14th Amendment due process and equal protection violations, claim of trespass, and false representation. Additionally, the plaintiff appeals the dismissal of his trespass claim without prejudice to be brought in State court.

THE PLAINTIFF,

STEVEN MILNER
PO BOX 25
STONINGTON, CT 06378
860-599-2930