**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

TEL. NO. 579-5861
(AREA CODE 203)

KEVIN F. ROWE
CLERK

ELSIE MATA
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

FILED
2007 FEB -8  A 11: 48
U.S. DISTRICT COURT
BRIDGEPORT, CONN

January 19, 2007

Clerk
U.S. Court of Appeals
U.S. Courthouse
Foley Square
New York, NY  10007

    Case No:   3:02 cv 1929 (SRU)
  Case Name:  Milner, et al v. Duncklee, et al
      USCA:   06-5307-cv

Dear Clerk:

Forwarded herewith is the Record on Appeal Consisting of Paper Documents 1-66 in the above-entitled case, together with a copy of the Notice of Electronic Filing indicating the documents that are enclosed.

                            Respectfully,

                            Kevin F. Rowe, Clerk

                          _____
                        By:   Tasha Simpson
                            Deputy Clerk

Encl.

Please acknowledge receipt on the copy of this letter and return it to the Clerk's Office in the envelope provided.

ACKNOWLEDGMENT: _____  DATE: 1/29/07