# MANDATE

DCCT/NHCT
02 cv 1929 S
Underhill
GU

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
MOTION INFORMATION STATEMENT

Caption [use short title]

Docket Number(s): 06-5307-cv

Motion for: WITHDRAW APPEAL

Set forth below precise, complete statement of relief sought:

WITHDRAW APPEAL WITHOUT
COSTS OR FEES TO EITHER
PARTY

MILNER
V.
DUNKLEE, ET AL

*[STAMP:] UNITED STATES COURT OF APPEALS FILED APR 0 4 2007 Thomas Asreen, Acting Clerk SECOND CIRCUIT*

MOVING PARTY: STEVEN MILNER
☒ Plaintiff ☐ Defendant
☒ Appellant/Petitioner ☐ Appellee/Respondent

OPPOSING PARTY: LESTER DUNKLEE
BRIAN SCHNEIDER, MICHAEL PECKHAM

MOVING ATTORNEY: PRO SE
[name of attorney, with firm, address, phone number, and email]
STEVEN MILNER
PO BOX 25
STONINGTON, CT 06378
(860) 599-2930

OPPOSING ATTORNEY: SCOTT KARSTON
JEFFREY WHITE
[name of attorney, with firm, address, phone number, and email]
SCOTT KARSTON          JEFF WHITE
8 LOWELL RD.           280 TRUMBULL St.
WEST HARTFORD, 06119   HARTFORD 06103
(  )

Court-Judge/Agency appealed from: JUDGE STEFAN UNDERHILL
Please check appropriate boxes:

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS
AND INJUNCTIONS PENDING APPEAL:

Has consent of opposing counsel:
A. been sought?                        ☐ Yes ☒ No
B. been obtained?                      ☐ Yes ☒ No

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

Is oral argument requested?            ☐ Yes ☒ No
by (requests for oral argument will not necessarily be granted)
DEPUTY CLERK

Has argument date of appeal been set?  ☐ Yes ☒ No
If yes, enter date

Has request for relief been made below?   ☐ Yes ☒ No

Has this relief been previously sought in
In this Court?                            ☐ Yes ☒ No

Requested return date and explanation of emergency:

Signature of Moving Attorney:
[signature]                    Date: 3-29-07

*[STAMP:] UNITED STATES COURT OF APPEALS FILED JUN 01 2007 Thomas Asreen, Acting Clerk SECOND CIRCUIT*

Has service been effected?    ☒ Yes ☐ No
[Attach proof of service]

ORDER

Leave this space blank.
IT IS HEREBY ORDERED that the motion is ~~granted~~ ~~denied~~ on consent. Appeal is dismissed with prejudice, without costs or attorney's fees.

FOR THE COURT:
THOMAS ASREEN, ACTING CLERK

By: Tracy W. Young
Tracy W. Young, Motion Staff Attorney

Date: JUN - 1 2007

ISSUED AS MANDATE: 6/19/07